# Ultrasure Package
# Policy for Landlords





**ERIE INSURANCE EXCHANGE**
**ERIE INSURANCE PROPERTY**
**& CASUALTY COMPANY**

Members • Erie Insurance Group
The Pioneer In The Insurance World

**ERIE**

PLAINTIFF'S
EXHIBIT

A

# WHERE TO LOOK IN YOUR POLICY

PAGE

**Agreement** ................................................3

**Coverages**

Business Personal Property (Coverage B).......................6

Dwelling(s) (Coverage A) ................................6

Medical Payments (Coverage F)....................................13

Personal Injury Liability (Coverage D).........................13

Property Damage Liability (Coverage E).......................13

Rental Income Protection (Coverage C)..........................7

**Definitions** ................................................3,4,5

**Description of Insured Property** .................Declarations

**Extensions of Coverage — Section I**

Debris Removal ................................................9

Demolition Cost..................................................10

Expenses For Loss Adjustment.......................................10

Exterior Signs, Lights and Clocks....................................10

Fences, Walks, Unattached Outbuildings,
Tennis Courts and Inground Swimming Pools.................9

Fire Department Service Charges .....................................10

Fire Extinguisher Recharge..............................................10

Money and Securities..........................................10

Newly Acquired Property .................................................10

Pollutants Clean Up and Removal....................................10

Property in Danger..........................................10

Trees, Shrubs, Lawns and Plants......................................9

Valuable Papers and Records ...........................................10

**Limitations On Our Duty To Pay — Section I**

Deductibles.................................................9

Special Loss Payments — Coverage A .............................9

Special Loss Payments — Coverage B.............................9

What We Do Not Cover — Exclusions........................8,9

PAGE

**Limits of Protection**

Medical Payments ...........................................15

Personal Injury Liability ................................................15

Property Damage Liability..............................................15

**Other Insurance**

Liability Protection .........................................16

Property Protection..........................................11

**Our Promise**

Medical Payments ...........................................13

Personal Injury Liability ................................................13

Property Damage Liability..............................................13

**Perils Insured Against — Section I**

Dwellings (Coverage A) ................................................7,8

Business Personal Property (Coverage B).....................7,8

Rental Income Protection (Coverage C).......................7,8

**Rights and Duties**

General Policy Conditions - Section III

Accounting (*Exchange*) ................................................17

Agreement (*Company*).....................................................18

Automatic Renewal Policy .............................................16

Cancellation.........................................................17

Concealment, Fraud or Misrepresentation.....................17

How Your Policy May Be Changed ...............................17

Inspection and Audit.......................................................17

No Contingent Liability (*Exchange*) ..............................17

Our Right to Recover From Others.................................17

Policy Acceptance ............................................17

Priority..........................................................17

Reciprocal Agreement (*Exchange*)..................................18

Time of Inception ...........................................17

1

PAGE                                                                    PAGE

**Conditions — Liability Protection — Section II**

Bankruptcy of Anyone We Protect ................................16

Lawsuits Against Us.......................................................16

Medical Payments — Coverage F ...................................16

Other Insurance..............................................................16

Severability of Insurance ................................................16

What To Do When An Accident Happens....................17

**Conditions — Property Protection — Section I**

Abandonment of Property ..............................................11

Appraisal.........................................................................11

Divisible Contract ..........................................................11

Increase in Hazard.........................................................11

Loss Payment..................................................................11

Loss to a Pair or Set ......................................................11

Mortgagee .......................................................................11

No Benefit To Bailee ......................................................11

Other Insurance ..............................................................11

Property of Others...........................................................12

Protective Safeguards Warranty .......................................12

Records............................................................................12

Recoveries.......................................................................12

Replacement Cost ...........................................................12

Suit Against Us ...............................................................12

Vacancy and Unoccupancy.............................................12

Your Duties After A Loss...............................................12

**What We Also Pay**

Claim Expenses ...............................................................13

First Aid Expenses ..........................................................13

**What We Do Not Cover — Exclusions**

Liability Protection — Section II..........................13,14,15

Property Protection — Section I......................................8,9

**When and Where This Policy Applies** ..........................5

ERIE INSURANCE **GROUP** is proud to present this new **ULTRASURE PACKAGE POLICY FOR LANDLORDS.** This important contract between you and The ERIE is written in plain, simple terms so that it can be easily understood. We urge you to read it.

Your policy contains **XTRA PROTECTION FEATURES** developed by The ERIE . Wherever an **"X"** appears in the margin of this policy, you receive XTRA PROTECTION, either as additional coverage **or as a coverage** that is not in most landlords policies.

## AGREEMENT

We promise, upon payment of the premium and compliance with the provisions of this policy and its endorsements, to:

1. cover **you** for the policy period shown on the **Declarations.** Coverage will begin at 12:01 a.m., Standard Time, at the location of the insured property and will end at the same time on the expiration date of the policy.

2. protect **you up to the amounts** specified in the policy.

3. pay **you** to the extent of the replacement cost of **your** property prior to **loss,** without any increased costs

## DEFINITIONS

Throughout **your** policy and its endorsement forms, the following words have a special meaning in **your** policy when they appear in bold type.

- "Aircraft" means any machine or device capable of atmospheric flight except model airplanes.

- "Anyone we protect" and "Insured" when used in Section II means:

1. **you;**

2. **your** spouse with respect to the conduct of **your** business, if **you** are doing business as an individual;

**X** 3. all **partners,** members, and their spouses, if doing business as a partnership or joint venture, but only while acting within the scope of their duties;

4. executive officers, trustees or directors if doing business as a corporation, association or other entity, but only while acting within the scope of their duties. Stockholders are also **Insureds,** but only with respect to their liability as stockholders;

**X** 5. **your** employees while in the course of their employment. Employees are not Insureds for:

   a. **personal injury to you** or to a co-employee while in the course of their employment; or

   b. **personal injury** arising out of their rendering of or failure to render professional health care services;

6. **your** real estate manager; and

7. any person or organization having proper temporary custody of the insured property if **you** die, but only:

   a. with respect to liability arising out of the maintenance or use of the insured property; and

   b. until a legal representative has been appointed;

8. **your** legal representative if **you** die, but only while performing duties as **your** representative;

necessitated by ordinances regulating construction or repair. This amount will not exceed the cost of repair or replacement of **your** damaged property with materials of like kind and quality within a reasonable time after **loss.**

**You** may not transfer this policy without **our** written consent.

This policy is made and accepted subject to these and the following provisions, including those which may be added by endorsement.

9. any organization **you** acquire or form, other than a partnership or joint venture, and over which **you** maintain ownership or majority interest. This insurance does not apply to:

   a. the new organization if it is also an **Insured** under other similar insurance;

   b. the organization 90 days after the date the organization is acquired or formed by **you;** and

   c. personal injury or **property damage** under Personal Injury Liability (Coverage D) and Property Damage Liability (Coverage E) which occurred before **you** acquired or formed the organization;

10. any person operating upon a public highway, with **your** permission, mobile equipment that is registered in **your** name under a motor vehicle registration law. **Anyone we protect** includes any person or organization responsible for the operation of mobile **equipment, but** only if **loss** is not recoverable under any other kind of insurance.

**Anyone we protect** does not include any person or organization with respect to:

   a. **personal injury** to a co-employee of the person operating the **mobile equipment;** or

   b. **property damage** to property owned by, rented to, in the charge of or occupied by **you** or the employer of any person who is an **Insured** under this part (10).

This insurance does not apply to any partnership or joint venture not shown on the **Declarations.**

- "Automobile" means a land motor vehicle, trailer or semi-trailer designed for travel on public roads (including any attached machinery or equipment), but does not include **mobile equipment.**

3

- "Bodily injury" means physical harm, sickness or disease sustained by a person. Bodily injury also includes care and loss of services and death at any time resulting from **bodily injury**.

- "Burglary" means the taking of business **personal** property (as described in Coverage B) from inside the premises by a person unlawfully entering or exiting the premises as evidenced by visible marks of forcible entry or exit. It includes loss to the building and its equipment resulting from **burglary** or attempted **burglary**.

- "Business personal property" means personal property pertaining to the **residence premises** or used for the service of the **residence premises**.

- "Declarations," "Amended Declarations," "Revised Declarations" and "Renewal Certificate" means the form which shows **your** coverages, limits of protection, premium charges and other information. This form is part of **your** policy.

- "Extra expense" means the necessary expenses incurred by **you** during the **interruption of business** that would not have been incurred if there had been no direct **loss** to covered property caused by an insured peril.

- "Insured contract" means:

1. a lease of premises;

2. a sidetrack agreement;

3. an easement or license agreement in connection with vehicle or pedestrian private railroad crossings at grade;

4. any other easement agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

5. an agreement to indemnify a municipality which is required by municipal ordinance. This does not apply to work performed for the municipality;

6. an elevator maintenance agreement; or

7. that part of any contract or agreement relating to the conduct of **your** business under which **you** assume the tort liability of another to pay damages because of **personal injury** or **property damage** to a third person or organization, if the contract or agreement is made prior to the **personal injury** or **property damage**. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

- "Insured premises" means

1. the **residence premises**;

2. any other one, two, three or four family dwelling **you** acquire ownership or control of during the policy period, if **you** notify **us** of **your** intention to insure it under this policy within 30 days of acquisition;

3. the ways immediately adjoining on land;

4. dwellings previously owned by **you** if possession has been given to others.

- "Interruption of business" means the period of time that:

1. begins with the date of direct **loss** to covered property caused by an insured peril; and

2. ends on the date when the covered property should be repaired, rebuilt or replaced with reasonable speed and similar quality.

- "Loss" means direct and accidental loss of or damage to insured property.

- "Mobile equipment" means any of the following types of land vehicles (including any attached machinery or equipment):

1. bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

2. vehicles maintained for use solely on or next to premises **you** own or rent;

3. vehicles that travel on crawler treads;

4. vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

   a. power cranes, shovels, loaders, diggers or drills; or

   b. road construction or resurfacing equipment such as graders, scrapers or rollers;

5. vehicles not described in 1., 2., 3. or 4. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

   a. air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

   b. cherry pickers and similar devices used to raise or lower workers;

6. vehicles not described in 1., 2., 3. or 4. above maintained primarily for purposes other than the transportation of persons or cargo. However, self-propelled vehicles with the following types of permanently attached equipment are not **mobile equipment** but are considered **automobiles**:

   a. equipment designed primarily for:

      1) snow removal;

      2) road maintenance, but not construction or resurfacing;

      3) street cleaning;

   b. cherry pickers and similar devices mounted on an **automobile** or truck chassis and used to raise or lower workers; and

   c. air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

- "Money" means:

1. currency, coins and bank notes in current use and having a face value; and

2. travelers checks, register checks, credit card slips and money orders held for sale.

- "Occurrence" means an accident, including continuous or repeated exposure to the same general, harmful conditions.

- "Personal injury" means injury arising out of:

4

1. bodily injury;

2. libel, slander, defamation of character;

3. false arrest, wrongful detention or imprisonment, malicious prosecution, racial or religious discrimination, wrongful entry or eviction, invasion of privacy, or humiliation caused by any of these.

- "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

- "Property damage" means:

1. physical injury to or destruction of tangible property including loss of its use, or

2. loss of use of tangible property which is not physically injured or destroyed.

- "Rental income" means:

1. the rents from the tenant occupancy of the property described on the Declarations;

2. all expenses for which the tenant is legally responsible and for which you would otherwise be responsible;

3. incidental income received from coin-operated laundries or other facilities on the residence premises.

- "Residence premises" means the one, two, three or four family dwelling, including detached structures and land, which is described on the Declarations.

- "Safe" means a steel receptacle which has a door(s) that is no less than 1/2" thick, walls or body that are no less than 1/4" thick and is equipped with at least one key or combination lock.

- "Securities" means negotiable and non-negotiable instruments or contracts representing either money or other property and includes:

1. tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

2. evidences of debt issued in connection with credit or charge cards not issued by you;

   but does not include money.

- "Suit" means a civil proceeding in which damages are alleged because of personal injury or property damage to which this insurance applies. Suit

## WHEN AND WHERE THIS POLICY APPLIES

### WHEN

This policy applies to losses that occur during the policy period. The policy period is shown on the Declarations, Renewal Certificate, Amended Declarations, Revised Declarations or endorsement. An Amended Declarations or endorsement tells you that the policy has been changed. A Renewal Certificate tells you that the policy is being renewed for another policy period.

includes an arbitration proceeding alleging such damages to which you must submit or submit with our consent.

- "Vault" means a steel or concrete compartment which has a steel door(s) that is no less than 1 1/2" thick; walls that are no less than 1/4" thick, if steel, or 9" thick, if reinforced concrete; and the door is equipped with at least one combination lock. The word "walls" includes the roof and floor of the vault.

## ADDITIONAL ERIE INSURANCE EXCHANGE DEFINITIONS

The following words have this special meaning in policies issued by *Erie Insurance Exchange* when they appear in bold type.

- "Anyone we protect" and "Insured" when used in Sections I and III means the Subscriber and any other person, firm or organization named on the Declarations under Named Insured.

- "Subscriber" means the person who signed, or the partnership, firm or corporation that authorized the signing of, the application for this policy.

- "We," "us" and "our" means the Subscribers at Erie Insurance Exchange as represented by their common Attorney-in-Fact, Erie Indemnity Company.

- "You," "your" and "named Insured" means the Subscriber and others named on the Declarations under Named Insured.

## ADDITIONAL ERIE INSURANCE COMPANY DEFINITIONS

The following words have this special meaning in policies issued by the *Erie Insurance Company* when they appear in bold type.

- "Anyone we protect" and "Insured" when used in Sections I and III means any person, firm or organization named on the Declarations under Named Insured.

- "We," "us" and "our" means Erie Insurance Company.

- "You," "your" and "named Insured" means the persons named on the Declarations under Named Insured.

### WHERE

Dwelling Protection — Section I — This policy applies to loss of property at the location(s) specified on the Declarations, except as provided in Extensions of Coverage B.7. & B.10.

Liability Protection — Section II — This policy applies within the United States of America, its territories or possessions, or Canada.

5

## DWELLING PROTECTION — SECTION I

**DWELLING(S) — COVERAGE** A meaning buildings described on the **Declarations** used solely as private rental residences and anything permanently attached. It also includes:

1. unattached outbuildings described on the **Declarations** including garages, storage areas and tool sheds. Buildings used in connection with manufacturing, servicing or farming operations are not included,

2. building equipment and fixtures servicing the building and other structures at the **residence premises,**

3. personal property **you** have for the service and maintenance of the buildings including, but not limited to, the following:

   a. fire extinguishing equipment,

   b. outdoor furniture,

   c. floor coverings,

   d. appliances used for refrigerating, **ventilating,** cooking, dishwashing or laundering, and

   e. flag poles and outdoor lights.

4. outdoor antennas, and

5. glass. The glass must be part of the building or in the building described on the **Declarations.**

This coverage does not apply to:

1. fences and walks, except as provided in Extension of Coverage — A.1.;

2. outdoor swimming pools and equipment pertaining thereto, except as provided in Extension of Coverage — A.1.;

3. wharf property;

4. retaining walls, bridges, roadways, patios or other paved surfaces;

5. trees, shrubs, lawns and plants, except as provided in Extension of Coverage — A.2.;

6. exterior signs, lights and clocks, except as provided in Extension of Coverage — B.4.;

7. underground pipes, flues or drains;

8. land (including land on which covered property is located) or water; and

9. property specifically insured in whole or in part by this or any other insurance.

### Automatic Adjustment of Coverage Amounts

This policy provides **you** with a guard against the effect of inflation on construction costs for Dwellings (Coverage A). **We** will keep track of costs and at the next policy period **we** will adjust the amount of **your** building coverage if necessary. **Your** premium will be adjusted at each policy period to reflect any change in the amount of insurance.

During the policy period, if there is an increase in construction costs and a **loss** occurs, **we** will reflect the increase in the amount of insurance for Dwellings (Coverage A) before making payment. There will be no charge for this additional coverage.

If the amount of insurance shown on the **Declarations** for Dwellings (Coverage A) is inadequate, these adjustments may not be sufficient to provide full recovery should a **loss** occur. If **you** increase the value of a building by $5,000 or more, **you** must tell **us** in order for **your** limit for Dwellings (Coverage A) to remain adequate.

### BUSINESS PERSONAL PROPERTY — COVERAGE B covers business personal property only while on the residence premises or while it is temporarily removed for repairs.

This coverage does not apply to:

1. vehicles which because of their use are required by law to be licensed for road or air use; watercraft and accessories while afloat;

2. motorcycles, recreational motor vehicles and trailers;

3. exterior signs, lights and clocks, except as provided in Extension of Coverage — B.4.;

4. **money** and **securities,** except as provided in Extension of Coverage — B.7.;

5. household and personal articles;

6. trees, shrubs, lawns and plants, except as provided in Extension of Coverage — A.2.;

7. growing crops while outside of buildings;

8. animals;

9. contraband, or property in the course of illegal transportation or trade;

10. extra expense incurred in the reproduction of **your** valuable papers and records, except as provided in Extension of Coverage — B.11.; and

11. property specifically insured in whole or in part by this or any other insurance.

### RENTAL INCOME PROTECTION — COVERAGE C meaning loss of **rental income** resulting directly from interruption of business caused by damage to buildings or business personal property while on the residence premises from an insured peril.

**We** will pay the actual business loss sustained by **you** and the expenses necessarily incurred to resume normal business operations. The actual business loss **we** will pay shall not exceed the reduction in rents, less charges and expenses which do not necessarily continue during the period when **your** tenants cannot inhabit the premises.

The loss of **rental income** will be based on the **rental income** before the date of a covered **loss** and the provable **rental income** had no **loss** occurred.

**We** will pay up to $100 a day for seven days after **your** business is suspended to cover loss of **rental income** while **you** are determining **your** actual business loss. The amount paid will be subtracted from **your** actual loss of **rental income.**

6

We will pay the actual business loss for only such length of time as would be required to resume normal business operations. We will limit the time period to the shorter of the following periods:

1. the time period required to rebuild, repair or replace such part of the building or business personal property as has been damaged or destroyed as a direct result of an insured peril; or

2. twelve (12) consecutive months from the date of loss.

Payment of loss is not limited by the end of the policy period. Loss may include:

1. loss caused by temperature change as a result of damage to the premises by an insured peril (excluding vandalism and malicious mischief, riot and civil commotion);

2. loss for a maximum of two consecutive weeks when insured premises are closed by order of civil authority as a result of direct physical loss of or damage to property, other than at the insured premises, caused by an insured peril; and

3. extra expense. We will pay any extra expense to:

   a. avoid or minimize the interruption of business and to continue your business activities at the insured premises;

   b. minimize the interruption of business if you cannot continue your business activities;

   c. repair or replace any property or research, replace or restore the lost information on damaged valuable papers and records to the extent it reduces the amount of loss that otherwise would have been payable under loss of rental income.

   You are required to resume normal business operations as promptly as possible and shall use all available means to eliminate any unnecessary delay.

## PERILS INSURED AGAINST - SECTION I

## DWELLINGS — COVERAGE A

## BUSINESS PERSONAL PROPERTY — COVERAGE B

## RENTAL INCOME PROTECTION — COVERAGE C

This policy insures against loss caused by the following perils:

1. Fire

2. Lightning

3. Windstorm or Hail, not including loss

   a. caused by frost, cold weather, ice, snow or sleet.

   b. to business personal property unless the exterior of the building first sustains damage to roof or walls by direct action of wind or hail.

   c. to antennas including their lead-in wiring, masts or towers.

4. Explosion, including loss from the explosion of gases or fuel within the combustion chamber, flues or passages of any fired vessel. This peril does not include loss by explosion of steam boilers, steam pipes,

steam engines or steam turbines if owned by you, leased by you or operated under your control.

The following are not explosions:

   a. electric arcing;

   b. rupture or bursting

      1) of moving parts or machinery caused by centrifugal force or mechanical breakdown,

      2) of water pipes,

      3) due to expansion or swelling of the contents of any building or structure, caused by or resulting from water,

      4) or operation of pressure relief devices.

5. Riot and Civil Commotion, including loss from pillage and looting. Under Rental Income Protection (Coverage C), this peril does not include loss caused by temperature change as a result of damage to the premises by riot and civil commotion.

6. Vehicles and Aircraft, not including loss to your property while being transported.

7. Smoke, meaning sudden loss from smoke, other than smoke from agricultural smudging or industrial operations.

8. Falling Objects, not including loss to

   a. business personal property in the open; or

   b. business personal property unless the exterior of the building first sustains damage to roof or walls by falling objects.

9. Weight of Snow, Ice or Sleet, not including loss to business personal property in the open.

10. Vandalism or Malicious Mischief, meaning loss resulting from willful and malicious damage to or destruction of your building(s) and/or business personal property. We will not cover loss:

    a. caused by pilferage, theft, burglary or larceny. We will pay for loss to the building and its equipment resulting from burglary or attempted burglary, subject to part (b) below.

    b. to glass constituting a part of a building, including its lettering and ornamentation, except glass building blocks.

11. Sonic Boom

12. Sprinkler Leakage, meaning loss caused by leakage or discharge of water or other substances from within an automatic sprinkler system, including loss caused by collapse of a tank forming a part of an automatic sprinkler system. This peril also includes the cost to repair or replace the automatic sprinkler system when the damage sustained is caused directly by breakage of any of the parts of the sprinkler system resulting in sprinkler leakage or freezing. We will also pay the cost to tear out and replace any part of the building(s) described on the Declarations to repair damage to the automatic sprinkler system that has resulted in sprinkler leakage.

This peril does not include loss caused by leakage or discharge from an automatic extinguishing system which protects cooking equipment.

There is no coverage while the building at which the loss occurs is vacant for more than 60 consecutive

7

days unless you have exercised reasonable care to protect the system against freezing.

13. **Freezing by Temperature Reduction of Plumbing, Heating or Air Conditioning Systems or Water Damage,** including loss from the accidental discharge or leakage of water or steam as the direct result of the breaking or cracking of any part of a system or appliance containing water or steam, except an automatic sprinkler system. We will also pay the cost to tear out and replace any part of the building(s) described on the **Declarations** to repair damage to the system or appliance from which the water or steam escapes.

We will not pay for:

a. the cost to repair or replace the system or appliance from which the water or steam escapes; or

b. loss caused by freezing while the described building is vacant for more than 60 consecutive days unless **you** have exercised reasonable care to:

   1) maintain heat in the building; or

   2) shut off the water supply and drain the system or appliance of water.

14. **Burglary,** not including loss to property damaged or taken by burglars if the building has been vacant or unoccupied for more than 30 consecutive days immediately prior to the **loss.** A building under construction is not considered vacant or unoccupied.

15. **Volcanic Action,** meaning direct **loss** resulting from the eruption of a volcano caused by:

a. airborne volcanic blast or airborne shock waves,

b. ash, dust or particulate matter, or

c. lava flow.

All volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

This does not include the cost to remove ash, dust or particulate matter that does not cause direct **loss** to the covered property.

16. **Sinkhole Collapse,** meaning **loss** caused by the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This peril does not include:

a. the cost of filling sinkholes; or

b. sinking or collapse of land into man-made underground cavities.

## LIMITATIONS ON OUR DUTY TO PAY — SECTION I

### What We Do Not Cover — Exclusions

### A. Coverages A, B, and C

We do not cover under Dwellings (Coverage A), Business Personal Property (Coverage B) and Rental Income Protection (Coverage C) loss caused directly or indirectly regardless of any cause or event contributing concurrently or in any sequence to the loss:

1.

a. by earth movement (other than sinkhole collapse), including but not limited to earthquake,

mine subsidence, landslide, mud flow, earth sinking, earth rising or shifting, or earth movement caused by volcanic eruption, explosion or effusion;

b. by flood, surface water, waves, tidal water or tidal wave, overflow of streams or other bodies of water, or spray from any of these, all whether driven by wind or not;

c. by water or sewage which backs up through sewers or drains; or

d. by water below the surface of the ground including that which exerts pressure on or flows, seeps or leaks through sidewalks, driveways, foundations, walls, basement or other floors, or through doors, windows or any other openings in such sidewalks, driveways, foundations, walls, basement or floors;

unless fire, explosion, sprinkler leakage, volcanic action, or building glass breakage caused by volcanic eruption, explosion or effusion ensues, and then only for ensuing **loss.**

This exclusion does not apply to property being transported.

2. by war, whether declared or undeclared, discharge of a nuclear weapon (even if accidental), hostile or warlike action in time of peace or war, insurrection, rebellion, revolution, civil war, usurped power, including action taken by governmental authority in defending against such an occurrence.

3. by seizure or destruction of covered property by order of governmental authority, except as provided in Rental Income Protection (Coverage C).

We will also cover **loss** caused by acts of destruction ordered by governmental authority to prevent the spread of a fire.

4. by nuclear reaction or radiation, or radioactive contamination unless fire ensues, and then only for ensuing **loss.**

5. by deterioration or depreciation.

6. by the enforcement of any law or ordinance regulating the construction, use or repair of any property or requiring the tearing down of any property, including the cost of removing its debris.

7. by the failure of power or other utility service supplied to the **insured premises,** however caused, if the failure occurs away from the **insured premises,** unless a covered **loss** ensues, and then only for ensuing **loss.**

8. by collapse. We will cover **loss** from collapse caused by fire; lightning; windstorm; hail; explosion; smoke; aircraft; vehicles; riot; civil commotion; vandalism or malicious mischief; sonic boom; breakage of building glass; falling objects; weight of snow, ice or sleet; water damage; hidden decay; hidden insect or vermin damage; sprinkler leakage; sinkhole collapse; volcanic action; weight of people or personal property; weight of rain that collects on a roof; or use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation.

We will not cover settling, cracking, shrinking, bulging or expansion.

8

## B. Coverage C

We do not cover under Rental Income Protection (Coverage C):

1. increase of loss resulting from ordinance or law regulating construction or repair of buildings.

2. consequential damages resulting from the breach of contractual obligations.

3. increase of loss as a result of labor disturbances.

4. loss due to delay or loss of market.

5. increase of loss caused by or resulting from the suspension, lapse or cancellation of any license, lease or contract. **We** will pay for loss of **income** during the **interruption of business** if the suspension, lapse or cancellation is caused by the suspension of **your** business.

6. **extra expense** caused by the suspension, lapse or cancellation of any license, lease or contract beyond the **interruption of business**.

7. increase of loss resulting from ordinance or law regulating the prevention, control, repair, clean-up or restoration of environmental damage.

8. income protection specifically insured in whole or in part by this or any other insurance.

## DEDUCTIBLES

Dwellings (Coverage A), Business Personal Property (Coverage B) and Extensions of Coverage — Section I. **We** will pay the amount of **loss** to property in any one occurrence which is in excess of the deductible amount shown on the **Declarations**, unless otherwise stated in the Extensions of Coverage.

Rental Income Protection (Coverage C) — No deductible applies.

## SPECIAL LOSS PAYMENTS — COVERAGE A

The following property is subject to special treatment when damaged by an insured peril:

1. **Our** payment for **loss** to glass will also include:
   a. replacement of building glass with safety glazing materials when made necessary by an ordinance or building code,
   b. replacement of lettering, ornamentation or burglar alarm foil,
   c. repair or replacement of frames,
   d. installation of temporary coverings, and
   e. removal of obstructions.

2. Improvements and betterments made by Others.
   a. If **you** pay for repair or replacement, **we** will pay **you** the expenses involved not exceeding the replacement cost of damaged property.
   b. If repaired or replaced at the expense of others, there is no **loss** payable to **you**.

## SPECIAL LOSS PAYMENTS — COVERAGE B

The following property is subject to special treatment when damaged by an insured peril:

Accounting Books, Records, Tapes and Recording Media. **We** will pay **you** the cost of blank items (books, film, tape or other recording media). Extensions of Coverage — B.11. — Valuable Papers and Records provides for reproduction of these items.

## EXTENSIONS OF COVERAGE — SECTION I

A. **We** will pay the following losses at **your** option. Payments under these Extensions are not an additional amount of insurance and will not increase the total amount of insurance available for the coverage involved.

1. **Fences, Walks, Unattached Outbuildings, Tennis Courts and Inground Swimming Pools — Coverage** X
   A. **We** will cover **loss** to fences, walks, unattached outbuildings, tennis courts and inground swimming pools caused by fire; lightning; explosion; riot or civil commotion; aircraft; smoke; falling objects; windstorm; vandalism or malicious mischief; sonic boom; sinkhole collapse; volcanic action; or collapse caused by any of the perils specified in this paragraph.

   Unattached outbuildings include garages, storage areas and tool sheds, but do not include those buildings used for dwelling purposes or in connection with manufacturing, servicing or farming operations.

   **We** will pay up to 10% of the Dwellings (Coverage A) limit but not to exceed $15,000 for any one **loss**.

   **Our** payment will be on an actual cash value basis.

   If specific insurance is carried on any item covered by this extension, then this extension does not apply to that item.

2. **Trees, Shrubs, Lawns and Plants — Coverages A** X
   **and B. We** will cover **loss** to trees, shrubs, lawns and plants caused by fire; lightning; explosion; riot or civil commotion; aircraft; smoke; falling objects; sonic boom; sinkhole collapse; volcanic action; or collapse caused by any of the perils specified in this paragraph.

   If trees, shrubs and plants are inside buildings, **we** will also cover **loss** caused by windstorm; hail; weight of snow, ice or sleet; vandalism or malicious mischief; or temperature change. There must first be damage from an insured peril to the **residence premises**.

   **We** will not be liable for more than $500 on any one tree, shrub or plant, including expenses for removing debris, or $2,000 for any one **loss**. **We** will not be liable for more than $2,000 for any one **loss** to lawns.

B. Payments under these Extensions of Coverage are AN ADDITIONAL AMOUNT of insurance and will increase the total amount of insurance available for the coverage involved.

1. **Debris Removal. We** cover the cost of removal of debris resulting from a covered **loss**. This does not apply to any increase of **loss** resulting from ordinances or laws regulating construction or repair of buildings. **We** will pay up to 5% of the total limits for Coverages A and B plus $5,000 for debris removal expense.

This extension does not cover the cost to extract **pollutants** from land or water, or to remove, restore or replace polluted land or water.

X    2.    **Demolition Cost.** This policy covers the cost, not to exceed $10,000, of demolishing and removing any undamaged portion of the building after a covered **loss**. The demolition must be required by building code.

The deductible does not apply to this extension.

X    3.    **Expenses for Loss Adjustment. We** will pay up to $1,000 for expenses involved in the preparation of loss data, inventories and appraisals. This does not include expenses incurred in using a public adjuster.

The deductible does not apply to this extension.

X    4.    **Exterior Signs, Lights and Clocks. We** will pay up to $5,000 for loss to exterior signs, lights and clocks which **you** own. All exterior signs, lights and clocks must be on the residence premises.

**We** will not pay for **loss** caused by:

a.    faulty manufacture or installation;

b.    extremes of temperature;

c.    mechanical breakdown;

d.    damage to electrical apparatus caused by electricity other than lightning except for ensuing fire damage; or

e.    breakage during installation, repairing or dismantling or breakage during transportation unless caused by fire, lightning, collision, derailment or overturn of vehicle.

X    5.    **Fire Department Service Charges. We** will pay charges made by a fire department for services rendered as a result of an insured **loss.**

The deductible does not apply to this extension.

X    6.    **Fire Extinguisher Recharge. We** will pay expenses incurred to recharge portable fire extinguishers after they are used to fight a fire.

The deductible does not apply to this extension.

7.    **Money and Securities. We** will pay for **loss** caused by an insured peril to **money** or **securities** up to $1,000 for any one **loss** while in or on the **residence premises** or within a bank or savings institution.

**We** will pay for **money and securities** while being conveyed by **anyone we protect** or by an authorized employee, up to $1,000 for any one **loss.**

**We** will pay for **money and securities** destruction up to $1,000 for any one **loss. Money and securities** destruction means **loss** by destruction of **money** and **securities** within the **residence premises** or while contained within a locked **vault** or **safe.** This does not include **loss** caused by unexplained or mysterious disappearance or abstraction.

8.    **Newly Acquired or Constructed Property.**

a.    **You** may apply up to 25% of the limit for Coverage A or $250,000, whichever is less, on:

1)    newly acquired buildings at other than the location(s) described on the **Declarations;**

2)    new additions, new buildings and new structures when constructed on the **residence premises,** including materials, equipment and supplies on or within 100 feet of the **residence premises;**

provided there is no other insurance applicable.

b.    **You** may apply up to 10% of the limit for Coverage B or $100,000, whichever is less, on newly acquired **business personal** property at other than the location(s) described on the **Declarations,** provided there is no other insurance applicable.

c.    **You** may apply up to one month's actual business loss or $100,000, whichever is less, for loss of **income** on:

1)    newly acquired buildings and **business personal property** at other than the location(s) described on the **Declarations;** or

2)    new additions, new buildings and new structures when constructed on the described premises, including materials, equipment and supplies on or within 100 feet of the described premises, if **loss** to the new additions, new buildings and new structures delays the start of **your** business. **The interruption of business** will start on the day **your** business would have started if the **loss** had not occurred;

provided there is no other insurance applicable.

This extension shall apply for 90 days after the acquisition or start of construction, provided the policy remains in force or is renewed.

**You** shall report values involved and pay any additional premium.

This extension does not apply to property while in transit.

9.    **Pollutants Clean Up and Removal. We** will cover the cost to extract **pollutants** from land or water on the insured premises if the release, discharge or dispersal of **pollutants** is caused by an insured peril during the policy period. **We** will pay up to $10,000 for all **losses** throughout the year.

The cost must be reported to **us** within 180 days after the **loss** or the end of the policy period, whichever is the earlier date.

10.    **Property in Danger.** This policy covers any **loss** to    X insured property removed from the insured premises or at a temporary location for up to 30 days because of danger of damage by an insured peril or to repair damage to the insured property.

11.    **Valuable Papers and Records.** Business Personal    X Property (Coverage B) is extended to cover the **extra expense** incurred in the reproduction of **your** valuable papers and records when destroyed by an insured peril at the **residence premises.**

This extension includes, but is not limited to, film, tape, disc, drum, cell and other magnetic recording or electronic data processing media.

This extension is limited to $5,000 for any one **loss.**

The deductible does not apply to this extension.

# CONDITIONS — SECTION I

## 1. ABANDONMENT OF PROPERTY

We need not accept any property abandoned by you.

## 2. APPRAISAL

If **you** and **we** fail to agree on the amount of loss, either party may make written demand for an appraisal. Each party will select an appraiser and notify the other of the appraiser's identity within 20 days after the demand is received. The appraisers will select a competent and impartial umpire. If the appraisers are unable to agree upon an umpire within 15 days, **you** or **we** can ask a judge of a court of record in the state where the policy is issued to select an umpire.

The appraisers shall then set the amount of **loss**. If the appraisers submit a written report of an agreement to us, the amount agreed upon shall be the amount of **loss**. If they cannot agree, they will submit their differences to the umpire. A written award by two will determine the amount of **loss**.

Each party will pay the appraiser it chooses, and equally bear expenses of the appraisal. However, if the written demand for appraisal is made by **us**, **we** will pay for the reasonable cost of **your** appraiser and **your** share of the cost of the umpire.

**We** will not be held to have waived any rights by any act relating to appraisal.

## 3. DIVISIBLE CONTRACT

The breach of a policy condition or warranty in one building or location will have no effect on the coverage on another where no breach exists.

## 4. INCREASE IN HAZARD

Unless **we** agree beforehand, coverage is suspended if the hazard is substantially increased by any means within the control or knowledge of **anyone we protect**.

## 5. LOSS PAYMENT

**We** will adjust all **losses** with **you**. **We** will pay **you** unless some other person is named in the policy or is legally entitled to receive payment. **We** will not pay **you** more than **your** financial interest in the covered property.

**Loss** will be payable 30 days after **we** receive **your** proof of **loss** and one of the following has been done:

a. **we** have reached an agreement with **you**; or

b. there is an entry of final judgment; or

c. there is a filing of an appraisal award on **your** behalf.

**We** have the option to:

a. pay the value of the damaged property;

b. pay the cost to repair or replace the damaged property;

c. take all or part of the damaged property at an agreed or appraised value; or

d. repair or replace the damaged property with material of like kind and quality.

## 6. LOSS TO A PAIR OR SET

If there is **loss** to a pair or set, we may:

a. repair or replace any part of the pair or set to restore it to its value prior to the **loss**; or

b. pay the difference between the actual cash value of the property before and after the **loss**.

## 7. MORTGAGEE

**Loss** shall be payable to mortgagees named on the **Declarations**, to the extent of their interest and in the order of precedence.

### Our Duties

**We** will:

a. protect the mortgagee's interest in an insured building. This protection will not be invalidated by any act or neglect of **anyone we protect**, any breach of warranty, increase in hazard, change of ownership, or foreclosure if the mortgagee has no knowledge of these conditions.

b. give the mortgagee 30 days notice before cancellation or refusal to renew this policy.     X

### Mortgagee's Duties

The mortgagee will:

a. furnish proof of **loss** within 60 days if **you** fail to do so.

b. pay upon demand any premium due if **you** fail to do so.

c. notify **us** of any change in ownership or occupancy, or any increase in hazard of which the mortgagee has knowledge.

d. give **us** his or her right of recovery against any party liable for **loss**. This shall not impair the right of the mortgagee to recover the full amount of the mortgage debt.

e. after a **loss**, permit **us** to satisfy the mortgage requirements, and receive full transfer of the mortgage and all **securities** held as collateral to the mortgage debt.

Policy conditions relating to APPRAISAL, LOSS PAYMENT and SUIT AGAINST US apply to the mortgagee.

This mortgagee interest provision shall apply to any trustee or loss payee named on the **Declarations**.

## 8. NO BENEFIT TO BAILEE

No bailee shall benefit, directly or indirectly, from this insurance.

## 9. OTHER INSURANCE

Other insurance is not permitted. This policy is excess to any other insurance.

### Virginia Only:

Other insurance may be prohibited or the amount of insurance may be limited by an endorsement attached to **your** policy.

If both this insurance and other insurance apply to a **loss**, **we** will pay **our** share. **Our** share will be the proportionate amount that this insurance bears to the total amount of all applicable insurance.

11

10. **PROPERTY OF OTHERS**

If we are called upon to pay a loss for property of others, we reserve the right to adjust the loss with the owner. If we pay the owner, such payments will satisfy your claims against us for the owner's property.

In case of disagreement, we will conduct the defense on your behalf at our expense.

11. **PROTECTIVE SAFEGUARDS WARRANTY**

You must maintain, so far as is within your control, any protective safeguards shown on the Declarations. Failure to do so will suspend the coverage of this policy at the affected location. Coverage will not be suspended if you notify us immediately when the system is not in operation because of repairs or maintenance, and you comply with our requests and directions at that time.

12. **RECORDS**

You must keep proper records so that we can accurately determine the amount of loss.

13. **RECOVERIES**

If either you or we recover any property after settlement, that party must notify the other. Expenses of recovery will be deducted from the value of the property. The balance of the proceeds will be divided according to your and our interests.

At your option, the recovered property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay the expenses of recovery and the expenses to repair the recovered property, up to the limit of insurance.

14. **REPLACEMENT COST COVERAGE**

After a covered loss to your building(s) under Coverage A or business personal property under Coverage B, our payments will be on a replacement cost basis, instead of an actual cash value basis, thereby eliminating deduction for depreciation. Payment will not exceed the limits of insurance shown on the Declarations.

We will not pay replacement cost until the damaged or destroyed property is actually repaired or replaced as soon as practicable.

We will pay the smaller of the following:

a. the cost of replacement on the same premises with material of like kind and quality and intended for the same use, or

b. the amount actually spent in repairing or replacing the property.

We will not pay for loss on a replacement cost basis:

a. due to any ordinance or law regulating the construction or repair of buildings;

b. to property of others;

c. to manuscripts;

d. to paintings, etchings, pictures, tapestries, statuary, marbles, bronzes, antique furniture, rare books, antique silver, porcelains, rare glassware and bric-a-brac, or other articles of art, rarity or antiquity;

e. to obsolete property.

You may choose to accept payment on an actual cash value basis. If you do choose an actual cash value basis, you can still select a replacement cost basis if the building or business personal property is repaired or replaced within 6 months of loss.

15. **SUIT AGAINST US**

We may not be sued unless there is full compliance with all the terms of this policy. Suit must be brought within two years (Maryland—3 years) after the loss occurs.

16. **VACANCY AND UNOCCUPANCY**

Property may be unoccupied without limit of time, except as specified in peril 13. Freezing By Temperature Reduction of Plumbing, Heating or Air Conditioning Systems, or Water Damage and peril 14. Burglary. There is no coverage under this policy after the building has been vacant for 60 days. There is no sprinkler leakage coverage any time the building is vacant.

17. **YOUR DUTIES AFTER A LOSS**

In case of a covered loss, you must perform the following duties:

a. give us or our Agent immediate notice. If a crime loss, also notify the police (except Virginia);

b. protect the property from further damage. If necessary for property protection, make reasonable repairs and keep a record of all repair costs;

c. furnish a complete inventory of damaged property stating its original cost. At our request, furnish a complete inventory of undamaged property stating its original cost. If a loss is both less than $10,000 and 5% of the amount of insurance, no special inventory and appraisal of the undamaged property shall be required;

d. produce for examination, with permission to copy, all books of accounts, bills, invoices, receipts and other vouchers as we may reasonably require;

e. show us or our representative the damaged property, as often as may be reasonably required;

f. submit to examinations under oath and sign a transcript of the same;

g. send us, within 90 days after the loss, your signed and sworn proof of loss statement which includes:

   1) time and cause of loss;

   2) your interest in the property and the interest of all others involved;

   3) any encumbrances on the property;

   4) other policies which may cover the loss;

   5) any changes in title, use, occupancy or possession of the property which occurred during the policy term;

   6) when required by us any plans, specifications and estimates for the repair of the damaged building;

7) the inventory of damaged property as pre-pared in (c) above;

h. in addition to the other conditions under Rental Income Protection (Coverage C), make the nec-essary replacements or repairs and resume oper-ations as soon as possible;

i. agree to help us enforce any right of recovery against any party liable for loss under this policy. This will not apply if **you** have waived recovery rights in writing prior to a loss.

## LIABILITY PROTECTION — SECTION II

*Your policy provides liability protection for the insured premises and operations necessary and related to these premises.*

### OUR PROMISE

### PERSONAL INJURY LIABILITY — COVERAGE D

### PROPERTY DAMAGE LIABILITY — COVERAGE E

We will pay for damages because of **personal injury** or **property damage** for which the law holds anyone **we protect** responsible and which are covered by **your** policy. We cover only **personal injury** and **property damage** which occurs during the policy period. The **personal injury** or **property damage** must be caused by an **occurrence** which takes place in the covered territory.

We will pay any additional sums or perform any additional acts or services that are explicitly covered under WHAT WE ALSO PAY, and nothing else.

### MEDICAL PAYMENTS — COVERAGE F

We will pay all reasonable medical expenses to any person injured by an **occurrence**. We cover only medical expenses resulting from an **occurrence** which takes place during the policy period and in the covered territory. The services must be rendered within three years of the **occurrence**. The **occurrence** must arise from a condition in the premises or operations shown on the **Declarations**. The three year limitation does not apply to funeral expenses.

Medical expenses include:

1. medical, surgical, x-ray and dental services, including prosthetic devices, and

2. ambulance, hospital, professional nursing and funeral services.

### WHAT WE ALSO PAY

Payment for the following is in addition to the limits of protection shown on the **Declarations**.

#### A. Claim Expenses

We will pay:

1. all expenses **we** incur and all costs taxed against **anyone we protect** in a **suit we** defend.

2. all interest on the full amount of any judgment on a **suit we** defend, until **we** offer or deposit in court the amount for which **we** are liable.

3. prejudgment interest awarded on the amount of the judgment **we** pay. If **we** offer to pay the applicable limit of protection, **we** will not pay any prejudgment interest for the period of time after the offer.

4. all reasonable expenses incurred by **anyone we protect** at **our** request to assist **us** in the investigation or defense of any claim or **suit**. This includes actual loss of earnings up to $150 per day because of time off from work.    X

5. premiums on appeal bonds in a **suit we** defend, and on attachment bonds to release property of **anyone we protect**, but not for bond amounts greater than the limit of protection for the coverage that applies. **We** will also pay up to $500 for each bail bond required of **anyone we protect** because of an accident or traffic violation arising out of the use of a vehicle covered by this policy. **We** have no obligation to apply for or furnish such bonds.    X

6. all reasonable lawyers' fees up to $50 that **anyone we protect** incurs because of arrest, resulting from an accident involving a vehicle covered by this policy.    X

#### B. First Aid Expenses

We will pay reasonable expenses for first aid to other people and animals at the time of an accident involving **anyone we protect**.    X

### WHAT WE DO NOT COVER — EXCLUSIONS

#### A. Coverages D, E and F

We do not cover under Personal Injury Liability (Coverage D), Property Damage Liability (Coverage E) and Medical Payments (Coverage F):

1. injury or damage expected or intended from the standpoint of **anyone we protect**. This does not apply to **personal injury** or **property damage** resulting from **your** protecting persons or property.

2. the ownership, maintenance, use or entrustment to others of an **automobile**, **aircraft** or **watercraft** owned or operated by or rented or loaned to **anyone we protect**. Use includes operation and loading or unloading. "Loading or unloading of an **automobile**, **aircraft** or **watercraft**" means the handling of property:

    a. after it is moved from the place where it is accepted for movement into or on an **automobile**, **aircraft** or **watercraft**;

    b. while it is in or on an **automobile**, **aircraft** or **watercraft**; or

    c. while it is being moved from an **automobile**, **aircraft** or **watercraft** to the place where it is finally delivered.

    Loading or unloading of an **automobile**, **aircraft** or **watercraft** does not include the movement of prop-

13

erty by means of a mechanical device (other than a hand truck) not attached to the **automobile**, aircraft or watercraft.

This exclusion does not apply to:

a. parking an **automobile** on premises owned or rented by **you**, or while parking the automobile on the ways and means adjoining **your** premises, if the **automobile** is not owned by or rented or loaned to **anyone we protect**;

b. liability assumed under an **insured contract** for the ownership, maintenance or use of aircraft or watercraft;

c. liability arising out of the operations of equipment listed under parts (6)(b) and (c) of the definition of "**mobile equipment**";

d. watercraft while ashore on premises **you** own or rent; or

**X**  e. the use of non-owned watercraft 32 feet or under in length that are not being used to carry persons or property for a charge.

3. the use of **mobile equipment** while used in or preparing for a prearranged racing, speed or demolition contest or stunting activity.

4. the transportation of **mobile equipment** by an **automobile** owned, rented, borrowed or operated by **anyone we protect**.

5. damages for which **anyone we protect** may be liable by reason of:

a. causing or contributing to the intoxication of any person;

b. the furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

c. any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

**X**  This exclusion 5. does not apply to liability of **anyone we protect** or the indemnitee of **anyone we protect** arising out of the giving or serving of alcoholic beverages at functions incidental to **your** business, provided **you** are not engaged in the business of manufacturing, distributing, selling or serving of alcoholic beverages.

6. damages resulting from war, whether declared or undeclared, discharge of a nuclear weapon (even if accidental), hostile or warlike action in time of peace or war, insurrection, rebellion, revolution, civil war, usurped power, including action taken by governmental authority in defending against such an occurrence.

7. damages due to

a. the rendering of or failure to render:

1) diagnostic, medical, surgical, dental, x-ray or nursing service or treatment, or the furnishing of food or beverages with them, or

2) ambulance, paramedical, rescue squad or other service or treatment conducive to health;

b. the furnishing or dispensing of drugs or medical, dental or surgical supplies or appliances;

c. the handling of or performing of autopsies;

d. the rendering of or failure to render cosmetic, ear piercing, tonsorial, massage, physiotherapy, chiropody, hearing aid, optical or optometrical services or treatments; or

e. any service of a professional nature, including but not limited to:

1) the preparation or approval of maps, plans, opinions, reports, surveys, designs, or specifications, and

2) supervisory, inspection or engineering services.

B. **We** do not cover under Personal Injury Liability (Coverage D) and Property Damage Liability (Coverage E):

1. liability assumed by **anyone we protect** in a contract or agreement. This exclusion does not apply to liability:

a. assumed in a contract or agreement that is an **insured contract**; or

b. that **anyone we protect** would have in the absence of the contract or agreement.

2.

a. damages arising out of the actual, alleged or threatened discharge, dispersal, release or escape of **pollutants**:

1) at or from premises **you** own, rent or occupy;

2) at or from any site or location used by or for **you** or others for the handling, storage, disposal, processing or treatment of waste;

3) which are at any time transported, handled, stored, treated, disposed of, or processed as waste by or for **you** or any person or organization for whom **you** may be legally responsible; or

4) at or from any site or location on which **you** or any contractors or subcontractors working directly or indirectly on **your** behalf are performing operations:

a) if the **pollutants** are brought on or to the site or location in connection with such operations, or

b) if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize the **pollutants**.

b. any loss, cost or expense arising out of any governmental direction or request that **you** test for, monitor, clean up, remove, contain, treat, detoxify or neutralize **pollutants**.

Subparagraphs 1) and 4) a) of paragraph a. of this exclusion do not apply to **personal injury** or **property damage** caused by heat, smoke or fumes from a hostile fire. As used in this exclusion, a hostile fire means one which becomes uncontrollable or breaks out from where it was intended to be.

3. any obligation of **anyone we protect** under any workers compensation, unemployment compensation, disability benefits law or any similar law.

14

4.

  a. bodily injury to employees of anyone we protect arising out of their employment by anyone we protect for which anyone we protect may be held liable as an employer or in any other capacity;

  b. any obligation of anyone we protect to indemnify or contribute with another because of damages arising out of the bodily injury;

  c. bodily injury sustained by the spouse, child, parent, brother or sister of an employee of anyone we protect as a consequence of bodily injury to the employee arising out of employment by anyone we protect.

This exclusion applies to all claims and suits by any person or organization for damages because of such bodily injury, including damages for care and loss of services.

This exclusion does not apply to liability assumed by anyone we protect under an insured contract.

5. under parts 2. and 3. of the personal injury definition:

  a. contractual liability, except liability for damages that anyone we protect would have in the absence of the contract or agreement;

  b. willful violation of a law or ordinance;

  c. injury arising out of advertising, publishing, broadcasting or television activities.

6. suits for libel, slander or defamation of character made against anyone we protect if the publication or statement:

  a. took place before the effective date of this insurance; or

  b. was knowingly untrue.

7. property damage to property anyone we protect owns, rents or occupies.

8. personal injury or property damage arising out of operations on or from uninsured premises which you own, rent or control, or liability which you assume under any contract or agreement relating to the uninsured premises.

9. property damage to property used by anyone we protect. This exclusion does not apply to liability assumed under a written sidetrack agreement.

10. property damage to property in the care, custody or control of anyone we protect or over which anyone we protect is exercising physical control. This exclusion does not apply to liability assumed under a written sidetrack agreement.

11. property damage to premises you previously owned or occupied.

C. We do not cover under Medical Payments (Coverage F) expenses for bodily injury to:

1. anyone we protect.

2. any person

  a. injured on that part of premises you own or rent and that the person normally occupies;

  b. hired to do work for or on behalf of anyone we protect or a tenant of anyone we protect;

  c. if benefits are payable under any workers compensation, unemployment compensation, disability benefits law or similar law; or

  d. injured while taking part in athletics.

## LIMITS OF PROTECTION — SECTION II

Our duty to pay the sums recoverable under this policy for which the law holds anyone we protect responsible is subject to the limits shown on the Declarations. For the purpose of determining our limit of liability, all personal injury and property damage arising out of continuous or repeated exposure to the same general conditions shall be considered one occurrence.

Our limit of liability is not increased regardless of the number of people we protect, claims made or persons injured as a result of an occurrence.

Personal Injury Liability — Coverage D

Property Damage Liability — Coverage E

Medical Payments — Coverage F

The amount shown on the Declarations for "EACH OCCURRENCE" is the total limit of protection for all damages because of personal injury, property damage, or medical expense to one or more persons or organizations as a result of any one occurrence.

The amount shown on the Declarations for "POLICY AGGREGATE" is the total limit of protection for all damages because of all:

1. property damage,

2. medical expense, or

3. personal injury under parts 2. and 3. of the personal injury definition,

as a result of one or more occurrences.

Medical Payments — Coverage F

The amount shown on the Declarations for "EACH PERSON" is the total limit of protection for all medical expenses to any one person as a result of any one occurrence.

The Limits of Protection for this policy apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the inception date of the policy period shown on the Declarations. If the policy period is extended after the policy is issued for an additional period of less than 12 months, then the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Protection.

## CONDITIONS — SECTION II

### 1. BANKRUPTCY OF ANYONE WE PROTECT

Bankruptcy or insolvency of anyone we protect or anyone we protect's estate will not relieve us of any of our obligations.

### 2. LAWSUITS AGAINST US

No person or organization has a right under this policy:

   a. to join us as a party or otherwise bring us into a suit asking for damages from anyone we protect; or

   b. to sue us unless all the terms of this policy have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against anyone we protect obtained after an actual trial; but we will not be liable for damages that are not payable under the terms of this policy or that are in excess of the applicable limit of protection. An agreed settlement means a settlement and release of liability signed by us, anyone we protect and the claimant or the claimant's legal representative.

**Virginia Only:**

Any person, organization or legal representative thereof who has secured a judgment against anyone we protect is then entitled to bring action against us to recover damages up to the amount of insurance available under this policy.

### 3. MEDICAL PAYMENTS — COVERAGE F

The injured person will submit to examinations by doctors selected by us, as often as reasonably required. We will pay either the injured person or the provider of the services. Payment is not an admission of liability.

### 4. OTHER INSURANCE

We will pay those sums not covered by other valid and collectible insurance, up to the applicable limits of this policy.

When this insurance and other valid and collectible insurance apply to the loss on the same basis, our obligations are as follows:

   a. if the other insurance provides for contribution by equal shares, we will pay our equal share of the loss. Each insurer will pay equally with the others up to its limit of protection.

   b. if the other insurance does not provide for contribution by equal shares, we will pay the proportion of the loss that the applicable limit of protection of this policy bears to the total limit of protection of all applicable insurance.

### 5. SEVERABILITY OF INSURANCE

This insurance applies separately to anyone we protect. This condition shall not increase our limit of liability for any one occurrence.

### 6. WHAT TO DO WHEN AN ACCIDENT HAPPENS

When there is an accident or occurrence, anyone we protect will:

   a. notify us or our Agent in writing as soon as possible, stating

      1) your name and policy number;

      2) the time, place and circumstances of the accident or occurrence;

      3) names and addresses of injured persons and witnesses.

   b. send us any papers that relate to the accident or occurrence.

   c. at our request:

      1) assist in making settlement;

      2) help us enforce any right of recovery against any party liable to anyone we protect;

      3) assist in the conduct of lawsuits;

      4) attend hearings and trials;

      5) secure and give evidence and obtain the attendance of witnesses;

      6) submit to statements under oath;

      7) authorize us to obtain records and other information.

Anyone we protect will not make payments, assume obligations or incur expenses, other than for first aid, except at their own cost.

# RIGHTS AND DUTIES

# GENERAL POLICY CONDITIONS

# SECTION III

We, you and anyone else protected by this policy must do certain things in order for the terms of the policy to apply.

### 1. AUTOMATIC RENEWAL POLICY

Your policy will be automatically renewed at the end of the policy period, unless terminated by you or us in accordance with the steps explained in the Cancellation Condition.

Each year, we will send you a Renewal Certificate which shows the premium due for the next policy period.

This is a service that we provide for you so that your insurance protection does not stop.

If you do not want the renewal policy, you must mail our Agent or us written notice in advance of the new policy period. If you do not notify us, your

policy remains in effect. **You** must pay us the earned premium due **us** for this time.

## 2. CANCELLATION

### Your Right to Cancel or Refuse Renewal

The first named **Insured** shown on the **Declarations** may cancel this policy or any coverage by mailing our Agent or **us** written notice stating at what future date **you** want the cancellation to take effect.

### Our Right to Cancel or Refuse to Renew

**We** may cancel or refuse to renew by mailing the first named **Insured** written notice stating the effective date of the cancellation. Notice will be sent to **your** last known address. Cancellations and nonrenewals will comply with the laws of the state in which **your** business is located. The cancellation will not take effect until at least 30 days (Maryland and Virginia—45 days, except for nonpayment of premium—30 days) after **we** send it. For states that require a different number of days for notification of cancellation or nonrenewal, an Amendatory Endorsement is attached.

### Method of Giving Notice

Mailing notice will be sufficient proof of notice. Delivery of the notice by **you** or **us** will be equivalent to mailing.

### Return of Premium

X

If **your** policy is canceled, **we** will return the pro rata unused share of **your** premium. The cancellation will be effective even if **we** have not given or offered the return premium.

## 3. CONCEALMENT, FRAUD OR MISREPRESENTATION

This entire policy is void if before or after a loss **anyone we protect** has intentionally concealed or misrepresented any material fact or circumstance relating to this insurance.

In the event of a fraudulent claim, **we** will not make payment for the loss.

## 4. HOW YOUR POLICY MAY BE CHANGED

The terms of the policy which are in conflict with the laws of the state in which it is issued are automatically changed to agree with the laws.

**We** will automatically give **you** the benefit of any increase in coverage made by **us** or by law, if there is no added premium charge.

Asking one of **our** Agents to make a change in **your** policy is like asking **us**. If **we** agree with **your** request, **we** will then issue an **Amended Declarations** or Notice of Change Endorsement. **Your** request must contain enough information to identify **you**.

## 5. INSPECTION AND AUDIT

**We** have the right but are not obligated to:

a. make inspections and surveys at any time;

b. give **you** reports on the conditions **we** find; and

c. recommend changes.

Any inspections, surveys, reports and recommendations relate only to insurability and the premiums to

be charged. **We** do not make safety inspections. **We** do not undertake to provide for the health or safety of workers or the public. **We** do not warrant that **your** property or operations are safe, healthful or in compliance with any law, regulation, code or standard. Inspections, surveys, reports or recommendations are for **our** benefit only.

This condition also applies to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

**We** may examine and audit **your** books and records at any time during or within three years after the policy period, as they relate to this insurance.

## 6. OUR RIGHT TO RECOVER FROM OTHERS

If **anyone we protect** has a right to recover all or part of any payment **we** have made under this policy, the right to recover is transferred to **us**. This right will not apply under Section I if **you** have waived it in writing prior to loss. **Anyone we protect** must do nothing to harm that right. **Anyone we protect** will bring suit or transfer the right to recover to **us** and help **us** enforce the right to recover.

## 7. POLICY ACCEPTANCE

By accepting this policy, **you** agree that the statements on the **Declarations** are accurate and complete and are based on the facts **you** have given **us**. This policy is issued in reliance on these facts.

## 8. PRIORITY

At **our** option, this insurance will first protect **you**, and secondly others listed under the definition of **anyone we protect**.

## 9. TIME OF INCEPTION

If this policy replaces another policy ending at noon on the date of this policy, **we** will protect **you** as of that time.

## ADDITIONAL ERIE INSURANCE EXCHANGE CONDITIONS

The following conditions apply only to policies issued by *Erie Insurance Exchange.*

### 1. ACCOUNTING

Erie Indemnity Company, as Attorney-in-Fact, may keep up to 25% of the premium in return for agreeing to represent **you**. This amount will be used to pay expenses of management, including sales commissions, salaries, and other employment costs, the cost of supplies, and other administrative costs.    X

The rest of the premium will be placed on the books of the *Erie Insurance Exchange.* **We** will deposit or invest this amount as permitted by law.

This amount will be used to pay losses, adjustment expenses, legal expenses, court costs and reinsurance. The remainder, if any, will be used for purposes Erie Indemnity Company decides are to the advantage of the Subscribers.

### 2. NO CONTINGENT LIABILITY

**You** will not be assessed for the losses of Subscribers.

17

## 3. RECIPROCAL AGREEMENT

In return for **your** premium payment and **your** signing a power of attorney to Erie Indemnity Company, **we** agree to provide the coverages **you** have chosen. **Your** choices are shown on the **Declarations**, which are part of this policy.

**Your** signing the power of attorney permits Erie Indemnity Company to represent **you** and to arrange reciprocal insurance contracts between **you** and the other Subscribers.

**Your** responsibility as a **Subscriber** is determined by this policy alone. **You** cannot be held responsible for the liability of the other Subscribers.

This agreement is made in reliance on the facts **you** have given **us**, and is subject to all terms of this policy.

**ADDITIONAL ERIE INSURANCE COMPANY CONDITION**

The following condition applies *only* to policies issued by *Erie Insurance Company*.

**AGREEMENT**

In return for **your** premium payment, **we** agree to provide the coverages **you** have chosen. **Your** choices are shown on the **Declarations**, which are part of this policy.

This agreement is made in reliance on the facts **you** have given **us**, and is subject to all terms of this policy.

This policy has been signed on **our** behalf at Erie, Pennsylvania by **our** President and Secretary. If required by law, it has been countersigned on The **Declarations** by **our** duly authorized Agent.

_____
Secretary

_____
President

ULL (Ed. 5/88) (R)



ERIE INSURANCE GROUP

Home Office • 100 Erie Insurance Place • Erie, PA 16530
(814) 870-2000 • www.erieinsurance.com

18

CIL

```
                              ERIE  .SURANCE EXCHANGE
                         ULTRASURE POLICY FOR LANDLORDS
```

RENEWAL CERTIFICATE

```
    BC1291   JAMES A WOOD          06/27/05 TO 06/27/06   Q42 2780347 M


    BARBRANDA L WALLS                    AS LISTED BELOW
    6259 ALFORTH AVE                     OR ON REVERSE SIDE
    ALEXANDRIA VA  22315-3202
```

AGENT - JAMES A WOOD              3286 CHESTNUT ST. N.W.
*****
AGENT PHONE - (202) 966-0566      WASHINGTON DC 20015

```
    POLICY PERIOD BEGINS AND ENDS AT 12.01 AM   STANDARD TIME AT THE
LOCATION OF THE INSURED PROPERTY.
    THE INSURANCE APPLIES TO THOSE PREMISES DESCRIBED BELOW. THIS IS SUBJECT
TO ALL APPLICABLE TERMS OF THE POLICY AND ATTACHED FORMS AND ENDORSEMENTS.

        INTEREST OF NAMED INSURED IN SUCH PREMISES - OWNER
            COMPREHENSIVE PERILS COVERAGE
            DEDUCTIBLE  $ 1000 (SECTION I ONLY)
```

OCCUPANCY                     TERR    YC    PROT CLASS
LOC 1 - 1 FAMILY, MASONRY      20    1950      01

LOCATION OF PREMISES
LOC 1 - 1117 ABBEY PLACE NE WASHINGTON CITY, DC 20002.

```
            SECTION I  PROPERTY PROTECTION
            ------------------------------
```

| COVERAGES | LOC | UNIT | AMOUNT OF INSURANCE | PREMIUMS |
|---|---|---|---|---|
| A. DWELLING | 1 | 1 | $ 229,500 | $   545.00 |
| B. BUSINESS PERS PROP | 1 | 1 | $   6,500 | $    16.00 |
| C. RENTAL INCOME PROTECTION | | | ACTUAL LOSS SUSTAINED NOT TO EXCEED 12 CONSECUTIVE MONTHS | INCLUDED |

AUTOMATIC ADJUSTMENT OF COVERAGE WAS APPLIED.
YEARLY INCREASE ON DWELLING IS  4%.
YEARLY INCREASE ON BUSINESS PERSONAL PROPERTY IS  3%.

```
    FULL TERM PREMIUM FOR THIS LOCATION - - - - - - - - - - - $   622.00
    FULL TERM PREMIUM FOR THIS POLICY - - - - - - - - - - - - $   632.00
    BALANCE FROM LAST YEAR  - - - - - - - - - - - - - - - - - $    62.00
    BALANCE - - - - - - - - - - - - - - - - - - - - - - - - - $   694.00
```

```
            SEE REVERSE SIDE              BM-O      3 04/16/05
```

```
MORTGAGEE - LOC 1
LN 7606843
WATERFIELD MORTGAGE CO INC
ITS SUCCESSORS &/OR ASSIGNS
P O BOX 232
FORT WAYNE, IN  46801-0232
FORMS AND ENDORSEMENTS- UL-MB1 03/03, UL-MI 05/92, UL-JT 07/95, UL-ML 09/97,
 ULL-R 05/88, GU-27 01/90, GU-32 03/95, GU-54 01/96, GU-56 05/96,
 UF-8705 06/96*, GU-59 09/97, GU-70 10/98, UL-MR 04/99, GU-86 12/00,
 UF2106 05/01, UL-MU 03/03, UF-4070 02/03, IL0952 11/02, CG2170 11/02,
 UF4110 02/03, UF4111 02/03, GU-104 01/05*, UF4397 01/05*, GU-103 01/05*,
 UF4396 01/05*.

OPTIONAL COVERAGES

PREMISES ALARM DISCOUNT TYPE 2                              INCL ABOVE
BUILDING ORDINANCE OR LAW COVERAGE 25% OF BLDG AMT          $  36.00
SEWER AND DRAIN BACK-UP COVERAGE -                          $  25.00
 $200 DED - AMOUNT OF INSURANCE $ 5000


             SECTION II  -  LIABILITY PROTECTION COVERAGES
             ---------------------------------------------

D) PERSONAL INJURY LIABILITY  E) PROPERTY DAMAGE LIABILITY  F) MEDICAL PAYMENT

                     LIMITS OF PROTECTION                  PREMIUMS

COVERAGES D & E       $   500,000  EACH OCCURRENCE          $  10.00

COVERAGE F            $     5,000  EACH PERSON (MED PAY ONLY)   INCLUDED

COVERAGES D, E, & F $ 1,000,000  POLICY AGGREGATE
```



GENERAL USE
(Ed. 2/03) UF-4110



ERIE INSURANCE GROUP

# IMPORTANT NOTICE TO POLICYHOLDERS - TERRORISM COVERAGE - PROPERTY

Your policy covers certain losses caused by terrorist acts, subject to the terms, limits, exclusions, and conditions of coverage in the policy.

The Terrorism Risk Insurance Act of 2002 ("the Act") establishes a program within the Department of Treasury under which the federal government shares, with the insurance industry, the risk of loss from future acts of terrorism, as defined in the Act. The term "certified act of terrorism" means any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State, and the Attorney General of the United States:

to be an act of terrorism;

to be a violent act or an act that is dangerous to human life, property, or infrastructure; and

to have been committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or effect the conduct of the United States Government by coercion.

The Act provides that, to be certified, an act of terrorism must cause losses of at least $5 million.

## ENDORSEMENT - CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM IL 09 52

The Act contains certain provisions that may result in a limitation or cap on the liability of insurers for payment of insured losses resulting from "certified acts of terrorism." Accordingly, Endorsement IL 09 52, entitled "Cap On Losses From Certified Acts of Terrorism" was added to you policy and is shown on your Declarations. This endorsement provides that, with respect to "certified acts of terrorism", ERIE will not pay any amounts for which we are not responsible under the terms of the Act.

If you have any questions regarding this notice or Terrorism Insurance Coverage under your policy, please contact your Agent.

1

GENERAL USE
(Ed. 2/03) UF-4111

 ERIE INSURANCE GROUP

# IMPORTANT NOTICE TO POLICYHOLDERS - TERRORISM COVERAGE - LIABILITY

Your policy covers certain losses caused by terrorist acts, subject to the terms, limits, exclusions, and conditions of coverage in the policy.

The Terrorism Risk Insurance Act of 2002 ("the Act") establishes a program within the Department of Treasury under which the federal government shares, with the insurance industry, the risk of loss from future acts of terrorism, as defined in the Act. The term "certified act of terrorism" means any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State, and the Attorney General of the United States:

    to be an act of terrorism;

    to be a violent act or an act that is dangerous to human life, property, or infrastructure; and

    to have been committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or effect the conduct of the United States Government by coercion.

The Act provides that, to be certified, an act of terrorism must cause losses of at least $5 million.

## ENDORSEMENT - CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM CG 21 70

The Act contains certain provisions that may result in a limitation or cap on the liability of insurers for payment of insured losses resulting from "certified acts of terrorism." Accordingly, Endorsement CG 21 70, entitled "Cap On Losses From Certified Acts of Terrorism" was added to your policy and is shown on your Declarations. This endorsement provides that, with respect to "certified acts of terrorism", ERIE will not pay any amounts for which we are not responsible under the terms of the Act.

If you have any questions regarding this notice or Terrorism Insurance Coverage under your policy, please contact your Agent.

1



ERIE INSURANCE GROUP

COMMERCIAL GENERAL LIABILITY
FIVESTAR CONTRACTORS
ULTRAFLEX PACKAGE
ULTRAPACK BUSINESS
ULTRASURE FOR PROPERTY OWNERS
ULTRASURE PACKAGE FOR LANDLORDS
GU-104 (Ed. 1/05) UF-4386

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CONDITIONAL TERRORISM COVERAGE (RELATING TO DISPOSITION OF FEDERAL TERRORISM RISK INSURANCE ACT OF 2002)

This endorsement modifies insurance provided under the following:

    COMMERCIAL GENERAL LIABILITY COVERAGE PART

    LIQUOR LIABILITY COVERAGE PART

    OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART

    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

    RAILROAD PROTECTIVE LIABILITY COVERAGE PART

    ULTRASURE PACKAGE POLICY FOR LANDLORDS

**A. Applicability of The Provisions of This Endorsement**

1. The provisions of this endorsement will become applicable commencing on the date when one or more of the following first occurs:

    a. The federal Terrorism Risk Insurance Program ("Program"), established by the Terrorism Risk Insurance Act of 2002, has terminated with respect to the type of insurance provided under this Coverage Part or Policy; or

    b. A renewal, extension or continuation of the Program has become effective with revisions that redefine terrorism and make insurance coverage for terrorism subject to provisions or requirements that differ from those that apply to other types of events or occurrences under this policy.

    The Program is scheduled to terminate at the end of December 31, 2005 unless renewed, extended or otherwise continued by the federal government.

2. If the provisions of this endorsement become applicable, such provisions:

    a. Supersede any terrorism endorsement already endorsed to this policy that addresses "certified acts of terrorism" and/or "other acts of terrorism", but only with respect to loss or damage from an incident(s) of terrorism (however defined) which results in injury or damage that occurs on or after the date when the provisions of this endorsement become applicable; and

    b. Remain applicable unless we notify you of changes in these provisions, in response to federal law.

3. If the provisions of this endorsement do NOT become applicable, any terrorism endorsement already endorsed to this policy, that addresses "certified acts of terrorism" and/or "other acts of terrorism", will continue in effect unless we notify you of changes to that endorsement in response to federal law.

**B.** The following definitions are added and apply under this endorsement wherever the term terrorism, or the phrase any injury or damage, are enclosed in quotation marks.

1. "Terrorism" means activities against persons, organizations or property of any nature:

    a. That involve the following or preparation for the following:

        1) Use or threat of force or violence; or

        2) Commission or threat of a dangerous act; or

        3) Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

    b. When one or both of the following applies:

        1) The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

        2) It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

1

2. "Any injury or damage" means any injury or damage covered under any Coverage Part or Policy to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", personal and advertising injury", "injury" or "environmental damage" as may be defined in any applicable Coverage Part or Policy.

C. Application of Other Exclusions

In the event of any incident of "terrorism", coverage does not apply to "any injury or damage" that is otherwise excluded under this Coverage Part or Policy.

Copyright ISO Properties, Inc., 2002

2

GENERAL USE
(Ed. 1/05) UF-4396



ERIE INSURANCE GROUP

# IMPORTANT NOTICE TO POLICYHOLDERS - POTENTIAL CHANGES IN TERRORISM COVERAGE - PROPERTY

This Notice has been prepared in conjunction with the **POTENTIAL** implementation of changes related to coverage of terrorism under your policy.

The Terrorism Risk Insurance Act of 2002 ("the Act") established a program (Terrorism Risk Insurance Program) within the Department of Treasury, under which the federal government shares, with the insurance industry, the risk of loss from future terrorist attacks. That Program will terminate at the end of December 31, 2005 unless extended by the federal government. Your policy will become effective (or will be renewed) while the federal Program is still in effect, but prior to a decision by the federal government on extension of the federal Program. If the federal Program terminates during the term of your policy, then the treatment of terrorism under your policy may change. If the federal government Program is extended with certain changes during the term of your policy, then the treatment of terrorism under your policy will change. This Notice is being provided to you for the purpose of summarizing the potential impact on your coverage.

This Notice does **not** form a part of your insurance contract. The Notice is designed to alert you to coverage restrictions and to other provisions in certain terrorism endorsement(s) in this policy. If there is any conflict between this Notice and the policy (including its endorsements), the provisions of the policy (including its endorsements) apply.

Please read your policy, including the endorsements attached to your policy.

## YOUR POLICY AT START OF NEW POLICY TERM:

This policy does not contain a terrorism exclusion. However, the policy contains an endorsement under which coverage for "certified acts of terrorism" (which is more fully defined in the endorsement but involves acts of terrorism by or on behalf of a foreign interest) is subject to a limit on our liability pursuant to the federal Terrorism Risk Insurance Act of 2002. Further, the absence of a terrorism exclusion does not create coverage for any loss that would otherwise be excluded under the policy, such as losses excluded by the nuclear reaction or radiation exclusion or the war exclusion.

## POTENTIAL CHANGE DURING THE TERM OF YOUR POLICY:

Endorsement GU-103 is attached to your policy. Its provisions will become applicable to your policy if certain events (one or more of them) occur. Those events include the following:

- If the federal Terrorism Risk Insurance Act (TRIA) terminates with respect to the type of insurance provided under this policy. (TRIA is scheduled to terminate at the end of December 31, 2005 unless extended by the federal government); or
- If TRIA is extended with changes that redefine terrorism and make insurance coverage for terrorism subject to provisions or requirements that differ from those that apply to other types of events or occurrences under this policy.

## Endorsement GU-103 treats terrorism as follows:

This endorsement adds a definition of terrorism and provides that the inapplicability or omission of a terrorism exclusion, does not serve to create coverage for any terrorism loss which would otherwise be excluded under your Coverage Part or Policy, such as losses excluded by the Nuclear Reaction or Radiation Exclusion or the War Exclusion.

If you have any questions regarding this notice or Terrorism Insurance Coverage under your policy, please contact your Agent.

1



ERIE INSURANCE GROUP

# COMPREHENSIVE PERILS -- DWELLINGS, BUSINESS PERSONAL PROPERTY AND RENTAL INCOME PROTECTION ENDORSEMENT

Words in bold type are used as defined in the basic policy, unless defined in this endorsement.

Unless stated otherwise in this endorsement, all definitions, exclusions, conditions and terms in **your** basic policy apply to coverages found in this endorsement.

## DWELLING PROTECTION -- SECTION I

## PERILS INSURED AGAINST

## DWELLINGS -- COVERAGE A

## BUSINESS PERSONAL PROPERTY -- COVERAGE B

## RENTAL INCOME PROTECTION -- COVERAGE C

When this endorsement is added to **your** basic policy, Dwellings (Coverage A), Business Personal Property (Coverage B) and Rental Income Protection (Coverage C) are insured against risks of **loss**, except as excluded in this endorsement and in **your** basic policy.

## ADDITIONAL LIMITATIONS ON OUR DUTY TO PAY -- SECTION I

### What We Do Not Cover -- Exclusions

We do not cover under Dwellings (Coverage A), Business Personal Property (Coverage B) and Rental Income Protection (Coverage C) **loss** or damage caused directly or indirectly by any of the following. Such **loss** or damage is excluded regardless of any cause or event that contributes concurrently or in any sequence to the **loss** caused:

1. by
   a. weather conditions, but only if weather conditions contribute in any way with a peril excluded to produce the **loss**;
   b. acts or decisions, including the failure to act or decide, of anyone;
   c. faulty, inadequate or defective
      1) planning, zoning, development,
      2) design, development of specifications, workmanship, construction,
      3) materials used in construction, or
      4) maintenance,

of property whether on or off the insured premises by anyone, but if the **loss** by an insured peril results, **we** will pay for the ensuing **loss**.

We do not cover under Dwellings (Coverage A), Business Personal Property (Coverage B) and Rental Income Protection (Coverage C) **loss** caused:

1. by
   a. wear and tear, rust or corrosion;
   b. change in flavor, color, texture or finish;
   c. damp or dry air;
   d. the release, discharge or dispersal of contaminants or **pollutants;**
   e. inherent vice;
   f. smog;
   g. latent or hidden defect;
   h. marring or scratching;
   i. smoke, vapor or gases from agricultural or industrial operations;
   j. settling, cracking, shrinking, bulging or expanding of pavements, foundations, walls, floors, roofs or ceilings;
   k. mechanical breakdown;
   l. or to machines and machinery by rupture, bursting or disintegration of their rotating or moving parts resulting from centrifugal or reciprocating force; or
   m. vermin or insects;

unless a covered **loss** ensues and then only for ensuing **loss**.

2. by theft, mysterious disappearance, felonious abstraction, unexplained loss or inventory shortage. **We** do cover loss caused by **burglary.**

3. by dishonest or criminal acts committed by **you** or any of **your** employees, directors, trustees or authorized representatives:
   a. acting alone or in collusion with other persons; or
   b. while performing services for **you** or otherwise.

4. by freezing by temperature reduction to plumbing, heating, air conditioning or other equipment or appliances (except fire protective systems) or by water, other liquids, powder or molten material that leaks or flows from such items while the described

1

building is vacant for more than 60 consecutive days, unless **you** have exercised reasonable care to:

  a. maintain heat in the building, or

  b. shut off the water supply and drain the system or appliance of water.

We will pay the cost to tear out and replace any part of the building described on the **Declarations** to repair damage to the system or appliance that the water, other liquids, powder or molten material escapes from.

We will not pay for the cost to repair or replace any defect in the system or appliance that caused the **loss** or damage.

5. by explosion of or damage to steam boilers, steam pipes, steam turbines or steam engines if owned by, leased by or operated under your control. We also do not cover damage to these caused by any condition or occurrence within the boilers, pipes, turbines or engines. We will pay for **loss** from the explosion of gases or fuel within the combustion chamber, flues or passages of any fired vessel. We will also pay for **loss** by ensuing fire or explosion not included in this paragraph.

6. by electricity other than lightning, unless fire or explosion ensues and then only for ensuing **loss**.

7. by the failure of power or other utility service supplied to the insured premises, however caused, if the failure occurs away from the insured premises, unless a covered **loss** ensues and then only for ensuing **loss**.

8. to the interior of the building by rain, snow, sand or dust, whether driven by wind or not, unless the exterior of the building first sustains damage to its roof or walls by a covered **loss**. We will pay for **loss** caused by or resulting from the thawing of snow, sleet or ice on the building.

9. to outdoor antennas including their lead-in wiring, masts or towers by windstorm or hail.

We do not cover under Dwellings (Coverage A) loss caused to:

1. hot water boilers or other water heating equipment, caused by a condition or occurrence within the boilers or equipment, other than an explosion.

2. fences, pavements, outdoor swimming pools and related equipment, retaining walls, bulk-heads, piers, wharves or docks, when covered under the policy, by freezing or thawing, impact of watercraft, or by the pressure or weight of ice or water whether driven by wind or not.

3. building materials and supplies not attached as part of the building, unless held for sale by you, caused by or resulting from theft.

4. glass by scratching.

We do not cover under Business Personal Property (Coverage B) loss caused:

1. by or resulting from **your**, or anyone acting on **your** express or implied authority, being induced by any dishonest act to voluntarily part with title or possession of any property.

2. breakage to glassware, statuary, marble, bric-a-brac, porcelains and other articles of a fragile or brittle nature. We will cover such **loss** caused by fire; lightning; aircraft; explosion; sonic boom; riot; civil commotion; smoke; vehicles; windstorm; hail; vandalism or malicious mischief; falling objects (the exterior of the building must first sustain damage to roof or walls by falling objects); sinkhole collapse; volcanic action; weight of ice, snow or sleet; sprinkler leakage or water damage.

3. rain, snow or sleet to property in the open.

4. any legal proceeding.

5. actual work upon property being altered, repaired, installed or serviced, or faulty materials or workmanship; unless fire ensues and then only for **loss** through ensuing fire.

6. by delay, loss of use or loss of market.

7. to property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

2

INTERLINE
GU-103 (Ed. 1/05) UF-4385



ERIE INSURANCE GROUP

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CONDITIONAL TERRORISM COVERAGE (RELATING TO DISPOSITION OF FEDERAL TERRORISM RISK INSURANCE ACT OF 2002)

This endorsement modifies insurance provided under the following:

COMMERCIAL CRIME POLICY

COMMERCIAL PROPERTY COVERAGE PART

COMMERCIAL INLAND MARINE COVERAGE PART(S)

FIVESTAR CONTRACTORS' COMMERCIAL PROPERTY COVERAGE PART

ULTRAFLEX COMMERCIAL PROPERTY COVERAGE PART

ULTRAPACK COMMERCIAL PROPERTY COVERAGE PART

ULTRASURE FOR PROPERTY OWNERS' COMMERCIAL PROPERTY COVERAGE PART

ULTRASURE FOR LANDLORDS POLICY

**A. Applicability of The Provisions of This Endorsement**

1. The provisions of this endorsement will become applicable commencing on the date when one or more of the following first occurs:

    a. The federal Terrorism Risk Insurance Program ("Program"), established by the Terrorism Risk Insurance Act of 2002, has terminated with respect to the type of insurance provided under this Coverage Form, Coverage Part or Policy; or

    b. A renewal, extension or continuation of the Program has become effective with revisions that redefine terrorism and make insurance coverage for terrorism subject to provisions or requirements that differ from those that apply to other types of events or occurrences under this policy.

    The Program is scheduled to terminate at the end of December 31, 2005 unless renewed, extended or otherwise continued by the federal government.

2. If the provisions of this endorsement become applicable, such provisions:

    a. Supersede any terrorism endorsement already endorsed to this policy that addresses "certified acts of terrorism" and/or "other acts of terrorism", but only with respect to loss or damage from an incident(s) of terrorism (however defined) that occurs on or after the date when the provisions of this endorsement become applicable; and

    b. Remain applicable unless we notify you of changes in these provisions, in response to federal law.

3. If the provisions of this endorsement do NOT become applicable, any terrorism endorsement already endorsed to this policy, that addresses "certified acts of terrorism" and/or "other acts of terrorism", will continue in effect unless we notify you of changes to that endorsement in response to federal law.

**B.** The following definition is added and applies under this endorsement wherever the term terrorism is enclosed in quotation marks.

"Terrorism" means activities against persons, organizations or property of any nature:

1. That involve the following or preparation for the following:

    a. Use or threat of force or violence; or

    b. Commission or threat of a dangerous act; or

    c. Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

2. When one or both of the following applies:

    a. The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

1

b. It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

In the event of any incident of "terrorism", the inapplicability or omission of a terrorism exclusion does not serve to create coverage for any loss or damage which would otherwise be excluded under this Coverage Form, Coverage Part or Policy, such as losses excluded by the Nuclear Reaction or Radiation Exclusion or the War Exclusion.

**C. Application of Other Exclusions**

Copyright ISO Properties, Inc., 2002

COMMERCIAL GENERAL LIABILITY
(Ed. 1/05) UF-4397

 ERIE INSURANCE GROUP

# IMPORTANT NOTICE TO POLICYHOLDERS - POTENTIAL CHANGES IN TERRORISM COVERAGE - LIABILITY

This Notice has been prepared in conjunction with the **POTENTIAL** implementation of changes related to coverage of terrorism under your policy.

The Terrorism Risk Insurance Act of 2002 ("the Act") established a program (Terrorism Risk Insurance Program) within the Department of Treasury, under which the federal government shares, with the insurance industry, the risk of loss from future terrorist attacks. That Program will terminate at the end of December 31, 2005 unless extended by the federal government. Your policy will become effective (or will be renewed) while the federal Program is still in effect, but prior to a decision by the federal government on extension of the federal Program. If the federal Program terminates during the term of your policy, then the treatment of terrorism under your policy may change. If the federal Program is extended during the the term of your policy, then the treatment of terrorism under your policy will change. This Notice is being provided to you for the purpose of summarizing the potential impact on your coverage.

This Notice does **not** form a part of your insurance contract. The Notice is designed to alert you to coverage restrictions and to other provisions in certain terrorism endorsement(s) in this policy. If there is any conflict between this Notice and the policy (including its endorsements), the provisions of the policy (including its endorsements) apply.

Please read your policy, including the endorsements attached to your policy.

## YOUR POLICY AT START OF NEW POLICY TERM:

This policy does not contain a terrorism exclusion. However, the policy contains an endorsement under which coverage for "certified acts of terrorism" (which is more fully defined in the endorsement but involves acts of terrorism by or on behalf of a foreign interest) is subject to a limit on our liability pursuant to the federal Terrorism Risk Insurance Act of 2002. Further, the absence of a terrorism exclusion does not create coverage for any loss that would otherwise be excluded under the policy, such as losses excluded by the nuclear reaction or radiation exclusion or the war exclusion.

## POTENTIAL CHANGE DURING THE TERM OF YOUR POLICY:

Endorsement GU-104 is attached to your policy. Its provisions will become applicable to your policy if certain events (one or more of them) occur. Those events include the following:

- If the federal Terrorism Risk Insurance Act (TRIA) terminates with respect to the type of insurance provided under this policy. (TRIA is scheduled to terminate at the end of December 31, 2005 unless extended by the federal government); or

- If TRIA is extended with changes that redefine terrorism and make insurance coverage for terrorism subject to provisions or requirements that differ from those that apply to other types of events or occurrences under this policy.

## Endorsement GU-104 treats terrorism as follows:

This endorsement adds a definition of terrorism and provides that the inapplicability or omission of a terrorism exclusion, does not serve to create coverage for any terrorism loss which would otherwise be excluded under your Coverage Part or Policy, such as losses excluded by the Nuclear Reaction or Radiation Exclusion or the War Exclusion.

If you have any questions regarding this notice or Terrorism Insurance Coverage under your policy, please contact your Agent.

Printed for    Carol Lupton


9.35 GU-56 (Ed. 5/96) EMPLOYMENT-RELATED PRACTICES EXCLUSION

    UF-8648 (ULF, ULP, ULS, ULL, FS, CGL, BCL)

    (Words in bold type are used as defined in the basic policy, unless defined

    WHAT WE DO NOT COVER -- ADDITIONAL EXCLUSION

    We do not cover under Bodily Injury Liability and Personal Injury
    Liability bodily injury or personal injury to:

    1.  any person arising out of any:

        a.  refusal to employ that person;

        b.  termination of that person's employment; or

        c.  employment-related practices, policies, acts or omissions, such as
            coercion, demotion, failure to promote, negligent evaluation,
            reassignment, discipline, defamation, harassment including sexual
            harassment, humiliation or discrimination directed at that person;
            or

    2.  the spouse, child, parent, brother or sister of that person as a
        consequence of bodily injury or personal injury to that person at whom
        any of the employment-related practices described in paragraphs a.,
        b., or c. above is directed.

    This exclusion applies:

    1.  whether the Insured may be liable as an employer or in any other
        capacity; and
    2.  to any obligation to share damages with or repay someone else who must
        pay damages because of the injury.

Printed for     Carol Lupton


188.0 UF-8705 (Ed. 6/96) FLOOD COVERAGE NOT (ULF/ULP/ULS/ULL/FS/CP/HP/DW) IMPO

   (Ed. 6/96) IMPORTANT NOTICE - NO FLOOD COVERAGE (ULF, ULP, ULS, ULL, FS,
   CP, HP, DW)

   Your basic policy covers losses from many perils.  However, it DOES NOT
   provide coverage for flood loss.

   Insurance covering flood loss is generally available through the National
   Flood Insurance Program.

   In an effort to serve you, information about flood insurance and the
   National Flood Insurance Program can be provided by your ERIE Agent.

```
01/06/06                    Claims Management System           CCVP048B
10:23:44                         Policy Image                  Page:        1
```

Printed for      Carol Lupton


9.38 GU-59 (Ed. 9/97) WATER OR SEWAGE BACK-UP EXCLUSION

   UF-8897(ULL)

   LIMITATIONS ON OUR DUTY TO PAY -- SECTION I

   What We Do Not Cover -- Exclusions

   Exclusion A.1.c. in your basic policy is replaced by the following:

   c.  by water or sewage which backs up through sewers or drains, or which
   enters into and overflows from within a
      sump pump, sump pump well, or any other system designed to remove
   subsurface water which is drained from
      the foundation area.

```
01/06/06                      Claims Management System              CCVP048B
10:23:46                           Policy Image                     Page:     1
```

Printed for    Carol Lupton


9.45 GU-70 (Ed. 10/98) DATE OR TIME FAILURE & PROFESSIONAL SERVICES EXCLUSIONS

UF-9158 (ULL)

Words in bold type are used as defined in the basic policy, unless defined in this endorsement.

DWELLING PROTECTION -- SECTION I

LIMITATIONS ON OUR DUTY TO PAY -- SECTION I

WHAT WE DO NOT COVER -- EXCLUSIONS

A.   Coverages A, B, and C

Under Dwellings (Coverage A); Business Personal Property (Coverage B); and Rental Income Protection (Coverage C), we will not pay for loss or damage, regardless of any other cause or event that contributes concurrently or in any sequence to the loss or damage, to electronic data processing equipment, computer networks, computer hardware (including microprocessors either as part of a computer system or operating outside of a system), computer programs, software, media or data, caused by the inability to correctly process, recognize, distinguish, interpret or accept any date or time.  We will not pay for any repair, restoration, replacement or modification to correct any deficiencies or change any features or functions.

We will not pay for loss or damage regardless of when the electronic data processing equipment, computer hardware, computer programs, software, media or data were purchased, obtained or installed.

LIABILITY PROTECTION -- SECTION II

WHAT WE DO NOT COVER -- EXCLUSIONS

Under Part A. in your basic policy, 7.e. is deleted and replaced by:

7.e.  damages due to any service of a professional nature, including but not limited to:

1) the preparation or approval of maps, plans, opinions, reports, surveys, designs, or specifications;

2) supervisory, inspection, or engineering services;

3) the servicing, installation or maintenance of computer hardware or software; and

4) the selling, designing, licensing, consulting, franchising, furnishing or creation of computer hardware or software, including electronic data processing programs, designs, specifications, manuals or instructions.

Printed for    Carol Lupton


5.23 UL-MR (Ed. 4/99) PUNITIVE DAMAGES

UF-9467 (ULL)

(DC, OH)

Words in bold type are used as defined in the basic policy, unless otherwise defined in this endorsement.

LIABILITY PROTECTION -- SECTION II

OUR PROMISE

PERSONAL INJURY LIABILITY -- COVERAGE D

PROPERTY DAMAGE LIABILITY -- COVERAGE E

The following is added to this section in your basic policy:

Coverage for punitive or exemplary damages is excluded to the extent that is prohibited by law.

OTHER PROVISIONS

All other provisions of the policy apply.

01/06/06                    Claims Management System                CCVP048B
10:24:05                         Policy Image                    Page:    1

Printed for    Carol Lupton


9.64 GU-86 (Ed. 12/00) AMENDMENT OF POLLUTION EXCLUSION - EXCEPTION FOR

   BUILDING HEATING EQUIPMENT

   UF-3149 (ULL)

   Words in bold type are used as defined in the basic policy, unless defined
   in this endorsement.

   LIABILITY PROTECTION -- SECTION II

   WHAT WE DO NOT COVER -- EXCLUSIONS

   Exclusion B.2. in your basic policy is deleted and replaced by the
   following:
   3.

       a.  damages arising out of the actual, alleged or threatened
           discharge, dispersal, release or escape of pollutants:

           1)  at or from premises you own, rent or occupy;

           2)  at or from any site or location used by or for you or others
               for the handling, storage, disposal, processing, or treatment
               of waste;

           3)  which are at any time transported, handled, stored, treated,
               disposed of, or processed as waste by or for you or any person
               or organization for whom you may be legally responsible; or

           4)  at or from any site or location on which you or any
               contractors or subcontractors working directly or indirectly
               on your behalf are performing operations;

               a)  if the pollutants are brought on or to the site or
                   location in connection with such operations; or

               b)  if the operations are to test for, monitor, clean-up,
                   remove, contain, treat, detoxify or neutralize the
                   pollutants.

       b.  any loss, cost, or expense arising out of any:

           1)  request, demand or order that anyone we protect or others test
               for, monitor, clean-up, remove, contain, treat, detoxify or
               neutralize, or in any way respond to, or assess the effects
               of, pollutants; or

           2)  claim or suit by or on behalf of a governmental authority for
               damages because of testing for, monitoring, cleaning up,
               removing, containing, treating, detoxifying or neutralizing,
               or in any way responding to, or assessing the effects of

Printed for        Carol Lupton

        pollutants.

    Subparagraphs 1) and 4) a) of paragraph a. of this exclusion does not
    apply to bodily injury if sustained within a building and caused by
    smoke, fumes, vapor or soot from equipment used to heat that building.

    Subparagraphs 1) and 4) a) of paragraph a. of this exclusion does not
    apply to bodily injury or property damage caused by heat, smoke, or
    fumes from a hostile fire.  As used in this exclusion, a hostile fire
    means one which becomes uncontrollable or breaks out from where it was
    intended to be.
    Subparagraph 4) a) of this exclusion does not apply to bodily injury
    or property damage arising out of the escape of fuels, lubricants, or
    other operating fluids which are needed to perform the normal
    electrical, hydraulic, or mechanical functions necessary for the
    operation of mobile equipment or its parts if such fuels, lubricants,
    or other operating fluids escape from a vehicle part designed to hold,
    store, or receive them.

    This exception does not apply if the fuels, lubricants or other
    operating fluids are intentionally discharged, dispersed, or released,
    or if such fuels, lubricants, or other operating fluids are brought on
    or to the premises, site or location with the intent to be discharged,
    dispersed, or released as part of the operations being performed by
    such Insured, contractor, or subcontractor.



## ERIE INSURANCE GROUP

Member Companies: Erie Insurance Exchange · Erie Indemnity Company · Erie Family Life Insurance Company
Erie Insurance Company · Erie Insurance Company of New York · Erie Insurance Property and Casualty Company
Flagship City Insurance Company

# ERIE INSURANCE GROUP PRIVACY NOTICE

The privacy and security of your personal information is important to us. This notice will inform you about our polices and procedures concerning the personal information about you that we collect, maintain and disclose in connection with the insurance policies you obtain from us. In order to offer the highest quality insurance products at the lowest possible rates, we collect, maintain, and, in some instances, disclose "nonpublic personal information" about you. Nonpublic personal information may include your name, address, social security number, wage information, driving record, policy coverages, medical information or credit history, It may also include transaction information such as your premium payment or claims history with us. We appreciate the importance of your personal privacy and are committed to protecting it as we provide for your insurance needs.

## Collection of Information

We obtain nonpublic personal information about you from the following sources:

- Your insurance Agent or Producer;
- From you through applications or other forms such as claim forms or underwriting questionnaires;
- Insurance support organizations such as claims reporting services and other parties who provide information on insurance related transactions you have conducted with us, our affiliates, as listed above, or others;
- Consumer reporting agencies.

## We do not sell your information to others for marketing purposes

Because we respect your privacy, we do not sell, trade or otherwise disclose your identity or any other personal information about you to third parties for their marketing purposes. This includes information we obtained concerning all applicants, customers and former customers. We may, however, share information regarding your transactions with us with our affiliates, as listed above, or companies that perform marketing services on our behalf to assist us in providing our products and services to you. These companies are required to keep your information confidential.

## Information we may provide to others

We only disclose information about our applicants, customers and former customers as permitted or required by law in conjunction with our normal insurance operations. Here are some examples:

- We may disclose information to others such as our claims adjusters and our attorneys in the processing of an insurance claim;
- We may be required by a court of law to provide information in connection with a legal proceeding;
- We share information with consumer reporting agencies and insurance support organizations;
- We may share information with government agencies which conduct examinations of our procedures.

## Security of your personal information

While your nonpublic personal information is under our control, access is limited to those employees who have a legitimate business need for such information with respect to your insurance coverages. In accordance with applicable state and federal regulations we maintain physical, procedural and electronic safeguards to protect the privacy and confidentiality of your nonpublic personal information.

## Further information

For additional information concerning our privacy policy you may write to us at Customer Service Department, 100 Erie Insurance Place, Erie, PA 16530. You may also contact us through our Website at www.erieinsurance.com.

UF2106 5/01  (E)        *** Additional information MAY appear on reverse side ***

ULTRASURE FOR LANDLORDS
UL-MU (Ed. 3/03) UF-3907

 ERIE INSURANCE GROUP

ERIE®

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.
# LIMITED FUNGI, WET OR DRY ROT, OR BACTERIA COVERAGE ENDORSEMENT

This endorsement amends insurance provided under the Ultrasure for Landlords Policy.

**DEFINITIONS**

Unless defined in this endorsement, each word in bold type is used as defined in the policy.

- **"fungi"** means any type or form of fungus, including, but not limited to molds, mildews, smuts, mushrooms, yeasts and any mycotoxins, spores, scents, vapors, gases or by-products produced by, arising out of or released by any type or form of fungus.

  Under **Liability Protection -- Section II,** fungi does not include any type or form of fungi that are, are on, or are contained in any good or product intended for consumption.

**DWELLING PROTECTION -- SECTION I**

**Dwelling(s) - Coverage A**

**Business Personal Property - Coverage B**

**Rental Income Protection - Coverage C**

**LIMITATIONS ON OUR DUTY TO PAY -- SECTION I**

**What We Do Not Cover - Exclusions**

**A. Coverages A, B, and C**

The following exclusion is added and applies to *DWELLING PROTECTION - SECTION I, Dwelling(s) - Coverage A, Business Personal Property - Coverage B, Rental Income Protection - Coverage C:*

**Fungi,** wet or dry rot, or bacteria, meaning the presence, growth, proliferation, spread or any activity of **fungi,** wet or dry rot, or bacteria other than as provided under

**EXTENSIONS OF COVERAGE, Fungi, Wet or Dry Rot, or Bacteria.**

**EXTENSIONS OF COVERAGE -- SECTION I**

The following is added to **B. Extensions of Coverage:**

**Fungi, Wet or Dry Rot, or Bacteria**

We will pay up to a total of $5,000 for direct physical loss to property covered under **DWELLING PROTECTION -- SECTION I, Dwelling(s) - Coverage A, Business Personal Property - Coverage B, Rental Income Protection - Coverage C** caused by, resulting from, or consisting of **fungi,** wet or dry rot, or bacteria if the direct result of a **Peril Insured Against.**

The coverage provided above is the only coverage under **DWELLING PROTECTION - SECTION I, Dwelling(s) - Coverage A, Business Personal Property - Coverage B, Rental Income Protection - Coverage C** for damage or loss caused by, resulting from, or consisting of **fungi,** wet or dry rot, or bacteria caused directly or indirectly regardless of any other cause or event contributing concurrently or in any sequence.

The $5,000 limit is the most **we** will pay for the cost:

- a. to remove **fungi,** wet or dry rot, or bacteria from covered property;
- b. to tear out and replace any part of the building or other covered property as needed to gain access to the **fungi,** wet or dry rot, or bacteria; and
- c. of any testing of air or property to confirm the absence, presence or level of **fungi,** wet or dry rot, or bacteria whether performed prior to, during or after removal, repair, restoration or replacement. The cost of such testing will be provided only to the extent that there is a reason to believe there is the presence of **fungi,** wet or dry rot, or bacteria.

1

The coverage provided above applies only when such loss or costs are the result of a **Peril Insured Against** which occurs during the policy period, and only if all reasonable means were used to save and protect the property from further damage at or after the time of the occurrence of the **Peril Insured Against**.

If there is covered loss or damage to covered property, not caused, in whole or in part, by fungi, wet or dry rot, or bacteria, loss payment will not be limited by the terms of this **EXTENSION OF COVERAGE**, except to the extent that **fungi**, wet or dry rot, or bacteria causes an increase in the loss. Any such increase in the loss will be subject to the terms of this **EXTENSION OF COVERAGE**.

This is an additional amount of insurance and is the most we will pay for the total of all loss or costs payable under this additional coverage regardless of the number of locations insured under this endorsement or the number of claims made.

LIABILITY PROTECTION -- SECTION II

**Personal Injury Liability - Coverage D**

**Property Damage Liability - Coverage E**

**Medical Payments - Coverage F**

WHAT WE DO NOT COVER - EXCLUSIONS

The following is added to:

**A. Coverages D, E and F**

**We** do not cover under **Personal Injury Liability (Coverage D), Property Damage Liability (Coverage E) and Medical Payments (Coverage F):**

injury or damage arising directly or indirectly, in whole or in part, out of the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of or presence of any **fungi**, wet or dry rot, or bacteria.

ALL OTHER PROVISIONS OF THIS POLICY APPLY.

2

Printed for     Carol Lupton


109.0 UF-4070 (Ed. 2/03) PH NOTICE - TERRORISM INS COVERAGE (FAP/CAP/GAP) POLI

(Ed. 2/03) POLICYHOLDER DISCLOSURE NOTICE - TERRORISM INSURANCE COVERAGE

Your policy covers certain losses caused by terrorism.  In accordance with the Federal Terrorism Risk Insurance Act of 2002, enacted November 26, 2002 ("the Act"), we are providing you with notice disclosing the portion of your premium, if any, attributable to coverage for acts of terrorism certified by the Secretary of Treasury under the Act.  We are also providing you with notice regarding federal participation in payment of terrorism losses.

NOTICE - DISCLOSURE OF PREMIUM

You have coverage for acts of terrorism certified under the Act in your policy.

NO PORTION of your premium is attributable to coverage for certified acts of terrorism.

Please Note:  Additional premium charges for this coverage may apply to future renewals.

NOTICE - DISCLOSURE OF FEDERAL PARTICIPATION IN PAYMENT OF TERRORISM LOSSES

The Act establishes a federal program, under which the United States Government shares the risk of loss from certified acts of terrorism with the insurance industry.  The United States Government pays 90% of losses from certified acts of terrorism exceeding the statutorily established deductible paid by the insurance company providing the coverage.

This Notice is part of your policy.

Printed for     Carol Lupton


2.9 IL 09 52 (Ed. 11/02) CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

   UF-4076 (IL)

   This endorsement modifies insurance provided under the following:

      COMMERCIAL CRIME POLICY

      COMMERCIAL PROPERTY COVERAGE PART

      COMMERCIAL INLAND MARINE COVERAGE PART(S)

      FIVESTAR CONTRACTORS' COMMERCIAL PROPERTY COVERAGE PART

      ULTRAFLEX COMMERCIAL PROPERTY COVERAGE PART
      ULTRAPACK COMMERCIAL PROPERTY COVERAGE PART

      ULTRASURE FOR PROPERTY OWNERS' COMMERCIAL PROPERTY COVERAGE PART

      ULTRASURE FOR LANDLORDS POLICY

   A.   Cap On Certified Terrorism Losses

        "Certified act of terrorism" means an act that is certified by the
        Secretary of the Treasury, in concurrence with the Secretary of State
        and the Attorney General of the United States, to be an act of
        terrorism pursuant to the federal Terrorism Risk Insurance Act of
        2002. The criteria contained in that Act for a "certified act of
        terrorism" include the following:

           1.   The act resulted in aggregate losses in excess of $5 million;
           and

           2.   The act is a violent act or an act that is dangerous to human
           life, property or infrastructure and is committed by an individual
           or individuals acting on behalf of any foreign person or foreign
           interest, as part of an effort to coerce the civilian population
           of the United States or to influence the policy or affect the
           conduct of the United States Government by coercion.

        With respect to any one or more "certified acts of terrorism" under
        the federal Terrorism Risk Insurance Act of 2002, we will not pay any
        amounts for which we are not responsible under the terms of that Act
        (including subsequent action of Congress pursuant to the Act) due to
        the application of any clause which results in a cap on our liability
        for payment for terrorism losses.

   B.   Application Of Exclusions

        The terms and limitations of any terrorism exclusion, or the
        inapplicability or omission of a terrorism exclusion, do not serve to
        create coverage for any loss which would otherwise be excluded under
        this Coverage Part or Policy, such as losses excluded by the Nuclear

Claims Management System                              CCVP048B
                    Policy Image                              Page:       2

Printed for    Carol Lupton

        Reaction or Radiation Exclusion or the War Exclusion.

            Copyright ISO Properties, Inc., 2002

```
01/06/06                Claims Management System              CCVP048B
10:24:11                     Policy Image                     Page:     1

Printed for     Carol Lupton
```

8.150 CG 21 70 (Ed. 11/02) CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

   UF-4077 (CGL)

   This endorsement modifies insurance provided under the following:

      COMMERCIAL GENERAL LIABILITY COVERAGE PART

      LIQUOR LIABILITY COVERAGE PART

      OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART

      PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

      RAILROAD PROTECTIVE LIABILITY COVERAGE PART
   With respect to any one or more "certified acts of terrorism", we will not
   pay any amounts for which we are not responsible under the terms of the
   federal Terrorism Risk Insurance Act of 2002 (including subsequent acts of
   Congress pursuant to the Act) due to the application of any clause which
   results in a cap on our liability for payments for terrorism losses.

   "Certified act of terrorism" means an act that is certified by the
   Secretary of the Treasury, in concurrence with the Secretary of State and
   the Attorney General of the United States, to be an act of terrorism
   pursuant to the federal Terrorism Risk Insurance Act of 2002. The federal
   Terrorism Risk Insurance Act of 2002 sets forth the following criteria for
   a "certified act of terrorism":

   1.  The act resulted in aggregate losses in excess of $5 million; and

   2.  The act is a violent act or an act that is dangerous to human life,
       property or infrastructure and is committed by an individual or
       individuals acting on behalf of any foreign person or foreign
       interest, as part of an effort to coerce the civilian population of
       the United States or to influence the policy or affect the conduct of
       the United States Government by coercion.

                    Copyright ISO Properties, Inc., 2002

Claims Management System
Policy Image

CCVP048B
Page:        1

Printed for      Carol Lupton


5.13 UL-MI (Ed. 5/92) PREMISES ALARM SYSTEM

   UF-6767 (ULL)

   DEFINITIONS

   Each word in bold type is used as defined in this endorsement.

   Approved means that the alarm system unit carries an "Underwriters'
   Laboratories, Inc. Listed" label. In the case of a Burglary Alarm System,
   it must have been installed to warn against entry at all openings
   accessible from the ground level, fire escapes, and from hallways and
   stairways used in common with any other residents of the same building.

   An approved and properly maintained alarm system means:
   1.   a. Central Station Fire and/or Burglary Alarm
            System; or

        b.  Fire and/or Burglary Alarm System that directly
            and automatically alerts the Fire Department or
            Police Department.

   2.  Fire and/or Burglary Alarm System that does not directly and
       automatically alert the Fire Department or Police Department.

   OUR PROMISE

   If an alarm system of a type listed below is installed on the described
   premises, we will reduce your premium by the appropriate amount.

   YOUR DUTIES

   You agree to maintain the system and to notify us of any change in type,
   installation, maintenance or service arrangements, deactivation or removal
   of the system.

Printed for      Carol Lupton


5.4 UL-JT (Ed.  7/95) BUILDING ORDINANCE OR LAW COVERAGE

   UF-6700 (ULL)

   Words in bold type are used as defined in the basic policy, unless defined
   in this endorsement.

   PROPERTY PROTECTION -- SECTION I

   OUR PROMISE

   Coverage for Loss of Value to the Undamaged Part of the Building

   We will pay for loss of value to the undamaged part of the building caused
   by enforcement of any ordinance or law regulating the construction, use or
   repair of buildings that:

   1.  requires the demolition of parts of the undamaged building;

   2.  regulates the construction or repair of the building, or establishes
       zoning or land use requirements at the premises described on the
       Declarations; and

   3.  is in force at the time of loss or damage.

   This is not an additional amount of insurance.  Payment is included within
   the amount of insurance for the insured building.

   Demolition Cost Coverage

   We will pay the cost to demolish and remove any undamaged part of the
   building caused by enforcement of any ordinance or law regulating the
   construction, use or repair of buildings.

   Increased Cost of Construction Coverage

   We will pay for the increased cost to repair, replace or construct the
   building caused by enforcement of any ordinance or law regulating the
   construction, use or repair of buildings.  If the building is repaired or
   rebuilt, it must be intended for the same use as the current building,
   unless otherwise required by an ordinance or law.

   We will not pay for the increased cost of construction if the building is
   not repaired or rebuilt.

   LIMITATIONS ON OUR DUTY TO PAY -- SECTION I

   What We Do Not Cover--Exclusions

   Exclusion A.6) in your basic policy is deleted.

   We do not cover the costs associated with the enforcement of any ordinance

Printed for      Carol Lupton

or law which requires anyone we protect or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize pollutants.

ADDITIONAL CONDITION -- SECTION I

Loss Payments

1.  Coverage for Loss of Value to the Undamaged Part of the Building

    We will not pay more for loss of value to the undamaged portion of the building as a result of any ordinance or law regulating the construction use or repair of buildings than the smallest of the following:

    a.  the actual cash value of the undamaged part of the building if the insured building is:

        1)  not repaired or rebuilt, or

        2)  covered on an actual cash value basis.

    b.  the amount you actually spend in repairing or rebuilding the undamaged part of the building if the insured building is:

        1)  repaired or rebuilt; and

        2)  covered on a replacement cost basis; or

    c.  the difference between the amount of insurance on the insured building at the time of loss or damage and the amount paid for loss to the damaged or destroyed portion of the insured building.

2.  Demolition Cost Coverage

    We will not pay more than the smaller of the following:

    a.  the amount you actually spend to demolish and remove the undamaged part of the insured building; or

    b.  $10,000 as provided under the Demolition Cost Extension of Coverage, plus the amount of insurance shown on the Declarations.

3.  Increased Cost of Construction Coverage

    We will not pay more for the increased cost to repair or rebuild the insured building at the same or another premises in the same general vicinity as a result of any ordinance or law regulating the construction, use or repair of buildings than the smaller of the following:

    a.  the increased cost to repair or rebuild the building but not for more than a building of the same height, floor area, style and quality on the same premises; or

Claims Management System
Policy Image

Printed for    Carol Lupton

    b.  the amount of insurance shown on the Declarations.

Printed for        Carol Lupton


5.16 UL-ML (Ed. 9/97) SEWER AND DRAIN BACK-UP COVERAGE

  UF-8841 (ULL)

  Words in bold type are used as defined in the basic policy, unless defined
  in this endorsement.

  PROPERTY PROTECTION -- SECTION I

  OUR PROMISE

  We will cover dwellings and business personal property on the premises
  described on the Declarations for direct loss caused by water or sewage
  which backs up through sewers or drains, or which enters into and
  overflows from within a sump pump, sump pump well, or any other system
  designed to remove subsurface water which is drained from the foundation
  area.

  LIMITATIONS ON OUR DUTY TO PAY -- SECTION I

  What We Do Not Cover -- Exclusions

  Exclusion A.1.c. in your basic policy is deleted.

  DEDUCTIBLE

  We will pay the amount of loss to your covered property in any one
  occurrence which is in excess of the Section I deductible shown on the
  Declarations.

01/06/06                    Claims Management System            CCVP043B
10:23:32                         Policy Image                   Page:        1

Printed for      Carol Lupton


9.10 GU-27 (Ed. 1/90) DC-AMENDATORY ENDORSEMENT

    UF-5873 (CR,CF,CGL,CIM,EPLI,FS,ULF,ULP,ULL,ULS)

    RIGHTS AND DUTIES -- CONDITIONS

    Our Right to Cancel or Refuse to Renew under the CANCELLATION CONDITION in
    your basic policy is deleted and replaced by:

    CANCELLATION

    Our Right to Cancel or Refuse to Renew

    We may cancel or refuse to renew by mailing you written notice stating the
    effective date of the cancellation.  Notice will be sent to your last
    known address.  Cancellations and nonrenewals will comply with the laws of
    the state in which your business is located.  The cancellation or
    nonrenewal will not take effect until at least 30 days after we send it.
    At least five days before sending notice to you, we will notify your Agent
    of the cancellation or nonrenewal.

    If your policy has been in effect for 30 days or less and is not a renewal
    of a policy we issued, we may cancel this policy for any reason.

    If your policy has been in effect more than 30 days or if this policy is a
    renewal of a policy we issued, we may cancel this policy only if one or
    more of the following reasons apply:

    1.  anyone we protect has refused or failed to pay a premium due under the
        terms of the policy;

    2.  anyone we protect has made a material and willful misstatement or
        omission of fact to us or any of our Employees or Agents in connection
        with any application to or claim against us;

    3.  the property or other interest of anyone we protect has been
        transferred to a person other than anyone we protect or beneficiary,
        unless the transfer is permissible under the terms of the policy; or

    4.  the property, interest or use of the property or interest has
        materially changed with respect to its insurability.

Printed for      Carol Lupton


3.51 GU-32 (Ed. 3/95) LEAD LIABILITY EXCLUSION ENDORSEMENT

   UF-6189 (BCL, CGL, FS, ULF, ULL, ULP, ULS)

   LIABILITY PROTECTION -- SECTION II

   WHAT WE DO NOT COVER -- EXCLUSIONS

   We do not cover:

   1.   actual or alleged bodily injury arising out of the ingestion,
        inhalation or absorption of lead or lead compounds in any form;

   2.   actual or alleged property damage, personal injury or advertising
        injury arising out of any form of lead or lead compounds;

   3.   any legal obligation of anyone we protect for indemnification or
        contribution due to damages arising out of bodily injury, property
        damage or personal injury caused by lead, resulting from paint
        containing lead or contributed to by any other substance or material
        containing lead;

   4.   bodily injury, property damage or personal injury arising out of the
        actual or alleged:

        a.   exposure to or existence of lead, paint containing lead, or any
             other material or substance containing lead, or

        b.   manufacture, distribution, sale, resale, rebranding, installation,
             repair, removal, encapsulation, abatement, replacement or handling
             of lead, paint containing lead, or any other material or substance
             containing lead

        whether or not the lead is now or was at any time airborne as a
        particle, contained as a product, ingested, inhaled, transmitted in
        any fashion, or found in any form whatsoever;

   5.   any loss, cost or expense arising out of any:

        a.   request, demand or order that anyone we protect or others test
             for, monitor, clean up, remove, contain, treat, detoxify or
             neutralize, or in any way respond to, or assess the effects of,
             lead or lead compounds;

        b.   claim or suit by or on behalf of any governmental authority for
             damages resulting from testing for, monitoring, cleaning up,
             removing, containing, treating, detoxifying or neutralizing, or in
             any way responding to, or assessing the effects of, lead or lead
             compounds in any form.

```
01/06/06                    Claims Management System          CCVP048B
10:23:37                          Policy Image                Page:    1

Printed for      Carol Lupton
```

9.33 GU-54 (Ed. 1/96) SPECIAL PROVISIONS ENDORSEMENT

UF-8545 (PL, ULL)

WHAT WE ALSO PAY

Payment for the following is in addition to the amounts of insurance shown on the Declarations

Claim Expenses under WHAT WE ALSO PAY in your basic policy are deleted and replaced by:

1. court costs, to defend or settle as we believe proper, any claim or suit against anyone we protect, for damages covered under this policy. Our payment of the limit of protection for a settlement, judgment, or deposit in court ends our duty to pay under this item.

2. expenses incurred, to investigate and defend or settle as we believe proper, any claim or suit against anyone we protect for damages covered under this policy. Our payment of the limit of protection for a settlement, judgment, or deposit in court ends our duty to pay under this item.

3. post-judgment interest, but only that portion of the post-judgment interest which accrues on that part of any judgment that does not exceed the limit of protection on a suit we defend. Our payment, offer in writing, or deposit in court of that part of the judgment which does not exceed the limit of protection ends our duty to pay any post-judgment interest which accrues after the date of our payment, written offer or deposit.

4. prejudgment interest or delay damages awarded on that part of any judgment that does not exceed the limit of protection. If we offer in writing to pay the applicable limit of protection, we will not pay any prejudgment interest or delay damages for the period of time after the offer.

5. reasonable expenses anyone we protect may incur at our request to help us investigate or defend a claim or suit. This includes up to $150 a day for actual loss of earnings.

6. premiums on the following types of bonds, but not for bond amounts greater than the limit of protection:

   a. appeal bond in a suit we defend;

   b. bail bond (with premium of $500 or less) required due to an accident or related traffic violation arising out of the use of a vehicle covered by this policy;

   c. attachment bond to release property of anyone we protect due to an accident or related traffic violation arising out of the use of a

01/06/06                     Claims Management System              CCVP048B
10:23:37                          Policy Image                     Page:     2

Printed for      Carol Lupton

          vehicle covered by this policy.

     We have no duty to apply for or furnish such bonds.

7.   reasonable lawyers' fees up to $50 which anyone we protect incurs
     because of arrest, resulting from an accident involving a vehicle
     covered by this policy.

First Aid Expenses under WHAT WE ALSO PAY in your basic policy are deleted
and replaced by:

We will pay reasonable expenses for first aid to other people and animals
at the time and place of an accident involving anyone we protect.