
FILED CO-386-online 10/03

# United States District Court
# For the District of Columbia

MAR 2 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| ERIE INSURANCE EXCHANGE | ) | |
| | ) | CASE NUMBER 1:06CV00573 |
| vs         Plaintiff | ) | JUDGE: Ellen Segal Huvelle |
| | ) | DECK TYPE: Contract |
| HAL WALLS, et al. | ) | DATE STAMP: 03/27/2006 |
| Defendant | ) | |

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Erie Insurance Exchange__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Erie Insurance Exchange__ which have any outstanding securities in the hands of the public:

Erie Insurance Exchange is a member of Erie Insurance Group, which also contains Erie Insurance Company and Erie Indemnity Company.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

__451217__
BAR IDENTIFICATION NO.

Ronald W. Cox, Jr.
Print Name

__100 S. Washington Street__
Address

__Rockville,__    __MD__    __20850__
City         State      Zip Code

__(301) 762-7770__
Phone Number

2