IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ERIE INSURANCE EXCHANGE** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Civil Action No. |
| | : | 1:06CV00573 (ESH) |
| **HAL WALLS et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT

Defendant Donald Hinkle, by and through his attorneys, Koonz, McKenney, Johnson, DePaolis & Lightfoot, L.L.P., and with the consent of Plaintiff Erie Insurance Company, respectfully moves this Court for an extension of time to answer the Complaint for Declaratory Relief, and states:

1.  Plaintiff filed the Complaint for Declaratory Relief on March 27, 2006 and served it on Mr. Hinkle on or about April 13, 2006.

2.  Mr. Hinkle requests an extension of time until May 15, 2006 to answer or otherwise move in response to the Complaint for Declaratory Relief.

3.  Counsel for Plaintiff, Ronald W. Cox, Jr., of McCarthy Wilson LLP, has consented to the relief sought.

WHEREFORE, Defendant Donald Hinkle, by and through undersigned counsel, and with the consent of Plaintiff's counsel, respectfully moves this Court for an extension of time to May 15, 2006 to file his Answer or otherwise move in response to the Complaint for Declaratory Relief. A proposed order is attached.

2

          Respectfully submitted,


          KOONZ, McKENNEY, JOHNSON,
           DePAOLIS & LIGHTFOOT, L.L.P.


          By:  <u>/s/ Roger C. Johnson</u>
            Roger C. Johnson (D.C. Bar #940577)
            Andrew W. Cohen (D.C. Bar #441149)
            2001 Pennsylvania Avenue, N.W.
            Suite 450
            Washington, DC  20006
            Tel:  (202) 659-5500
            Attorneys for Defendant Donald Hinkle

Date:  May 3, 2006