IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ERIE INSURANCE EXCHANGE** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| **v.** : | Civil Action No. |
| : | 1:06CV00573 (ESH) |
| **HAL WALLS et al.,** : | |
| : | |
| **Defendants.** : | |

# ORDER

Upon consideration of the consent motion filed by Defendant Donald Hinkle for an extension of time to answer the Complaint for Declaratory Relief, and the record in this case, it is hereby

ORDERED that the consent motion of Defendant Donald Hinkle is GRANTED, and it is further

ORDERED that, on or before May 15, 2006, Defendant Donald Hinkle shall file his Answer or otherwise move in response to the Complaint for Declaratory Relief.

_____
Ellen Segal Huvelle
UNITED STATES DISTRICT JUDGE