IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| ERIE INSURANCE EXCHANGE | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | Case No.: 06-CV-573 ESH |
| | * | |
| VINCENT EDWARDS, et al. | * | |
| | * | |
| Defendants | * | |

**CONSENT MOTION TO EXTEND DEADLINES**

**COMES NOW**, the Plaintiff, Erie Insurance Exchange, ("Erie"), by its attorneys, McCarthy Wilson, LLP, and moves this Court to extend the deadlines in the above-captioned matter. In support thereof, Erie states as follows:

1. Pursuant to the Order for Initial Scheduling Conference, and Rule 16, counsel were to confer on or before June 5, 2006 regarding the subject matter set forth in Rule 16, with a report of that conference due within 14 days before the July 26 scheduling conference.

2. Local Rule 16(a) permits a party to move to extend the aforementioned deadlines to a time fixed by the court when another defendant has not been served.

3. There are four Defendants in this insurance coverage dispute: Hal and Barbaranda Walls, Donald Hinkle and Vincent Edwards.

4. All have been served except Mr. Edwards.

5. Despite attempts, it appears that the last known address the Plaintiff has for Mr. Edwards is no longer his address.

6. Plaintiff is attempting to obtain his new address and have him served.

7. Neither Mr. nor Mrs. Walls has filed an Answer to the Complaint.

8. Mr. Hinkle is the only defendant who has filed an Answer.

9. Counsel for Mr. Hinkle and counsel for the Plaintiff have spoken, and have agreed to submit a joint request that the preliminary deadlines referenced above be extended to permit additional time to serve Mr. Edwards.

10. Notwithstanding, these counsel have submitted with this motion to extend a preliminary report addressing the subject matter set forth in Rule 16. They understand that some of this may change if additional defendants participate in these proceedings, but they wanted to demonstrate to the Court a good-faith effort to comply with the Scheduling Conference Order and Rule 16.

**WHEREFORE**, the Plaintiff, with the consent of Defendant Hinkle, respectfully requests that this Court:

A. Extend the Scheduling Conference and pre-Scheduling Conference deadlines by thirty (30) days to permit additional time to serve Mr. Edwards and for him to file an Answer (or to such other time as the Court deems just and reasonable);

B. Permit the parties to submit a revised Rule 16 report once all defendants have been served and the time period for each to file its Answer has expired; and

C. Grant such other and further relief as is just and reasonable.

Date: June 13, 2006                    Respectfully submitted,

                                       McCARTHY WILSON LLP

                                       _____/s/_____
                                       Thomas Patrick Ryan, Esq. #348862
                                       Ronald W. Cox, Jr., Esq. #451217
                                       100 South Washington Street
                                       Rockville, Maryland 20850
                                       (301) 762-7770 phone
                                       (301) 762-3023 fax
                                       *Attorneys for Plaintiff*

## **MEMORANDUM OF GROUNDS AND AUTHORITIES**

1. F.R.C.P. 16; LRCP 16; and

2. The entire record herein.

                                       _____/s/_____
                                       Ronald W. Cox, Jr.

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this 13th day of June, 2006, the Plaintiff served the Defendant Hinkle with a copy of its Consent Motion to Extend Deadline by sending same via first class mail, postage pre-paid, to the following:

                                     Andrew W. Cohen, Esq.
                                  2001 Pennsylvania Avenue, N.W.
                                         Suite 450
                                  Washington, D.C. 20006
                                 *Attorney for Defendant Hinkle*

                                       _____/s/_____
                                       Ronald W. Cox, Jr.

Case 1:06-cv-00573-DAR   Document 6   Filed 06/13/2006   Page 4 of 4