# AFFIDAVIT OF SERVICE"
## UNITED STATES DISTRICT COURT
### District of Columbia

**Case Number: 1:06CV00573**

Plaintiff:
Erie Insurance Exchange

vs.

Defendant:
Hal Walls, et al.

Received by ESQ Process Servers to be served on DONALD HINKLE, 6263 Alforth Avenue, Alexandria, VA 22315.

I, David E. Smith, being duly sworn, depose and say that on the 13th day of April, 2006 at 2:36 pm, I:

Individually Served the within named person with a true copy of the Summons in a Civil Case, Notice of Right to Consent to Trial Before a United States Magistrate Judge, Initial Electronic Case Filing Order, and Complaint for Declatatory Relief with the date and hour endorsed thereon by me, pursuant to state statutes.

I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the 15est of my knowledge, information and belief and do further affirm I am a competent person over 18 years of age and not party to the case.

|  |  |
|---|---|
| | Process Se~er |
| Subscribed and Sworn to before me on the 14th day of April, 2006 by the affiant who is personally known to me. | ESQ Process Se~ers |
| m~ ~~ | 51 ~onroe Street |
| | Suite 708 |
| | Rockville, MD 20850 |
| ~ ~~ ~ ~ I, ~7 | Our Job Serial Number: 2006004153 |
| | Ref: ERI-06358 |

Copyright © 1992-2005 Database Services, Inc.- Process Sewer's Toolbox V5.5q.~