t **AFFIDAVIT OF SERVICE**

UNITED STATES DISTRICT COURT
**District of Columbia**

Case Number: 1"06CV00573

Plaintiff:
Erie Insurance Exchange
vs.

Defendant:
Hal **Walls, et** al.

Received by ESQ Process Servers to be served on BARBRANDA WALLS, 6259 Alforth Avenue, Alexandria, VA 22315.

I, David E. Smith, being duly sworn, depose and say that on the 13th day of April, 2006 at 2:37 pm, I:

Substitute Served by leaving a true copy of this Summons in a Civil Case, Notice of Right to Consent to Trial Before a United States Magistrate Judge, Initial Electronic Case Filing Order, and Complaint for Declatatory Relief with the date and hour of service endorsed thereon by me with HAL WALLS as SPOUSE and informing said person of the contents therein.

1 solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information and belief and do further affirm I am a competent person over 18 years of age and not party to the case.

~;~~                                          Da    th"
                                              Pro~ss Sewer
Subscribed and Sworn to before me on the 14th day
of April, 2006 by the affiant who is personally known to    ESQ **Process Se~ers**
**me.~**          ,~                           51 **Monroe Street**
                                              **Suite 708**

                                              **Rockville, MD 20850**
~ARY PUBLIC ~                                 (301) 762-1350
                                              Our Job Serial Number: 2006004152
My Com~ ~ J~ 1, ~7                              Ref: ER1-06358