## AFFIDAVIT OF SERVICE   ii

### UNITED STATES DISTRICT COURT
### District of Columbia

Case Number: 1:06CV00573

Plaintiff:
Erie Insurance Exchange

vs.

Defendant:
Hal Walls, et al.

Received by ESQ Process Servers to be served on HAL WALLS, 6259 Alforth Avenue, Alexandria, VA 22315. I, David E.

Smith, being duly sworn, depose and say that on the 13th day of April, 2006 at 2:37 pm, I:
Individually Served the within named person with a true copy of the Summons in a Civil Case, Notice of Right to **Consent** to Trial Before a United States Magistrate Judge, Initial Electronic Case Filing Order, and Complaint for Declatatory Relief with the date and hour endorsed thereon by me, pursuant to state statutes.

I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information and belief and do further affirm I am a competent person over 18 years of age and not party to the case.

~ O. JO/.f,

**Subscribed** and Sworn to before me on the 14th day of April, 2006 by the affiant who is personally known to me.     .

ESQ Process Se~ers
51 ~onroe Street

**Rockville, MD 20850**

Our Job Serial Number: 2006004151
Ref: ER1-06358

~ ~ E~ ~ 1, ~

Copyright © 1992-2005 Database Services, Inc. - Process Sewer's Toolbox V5.5q