**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
Civil Division

| | | |
|---|---|---|
| ERIE INSURANCE EXCHANGE | * | |
| * | | |
|    Plaintiff | * | |
| v. | * | CaseNo.: 06-CV-573 ESH |
| | <u>LINE</u> | |
| VINCENT EDWARDS, et al. | * | |
|    Defendants | * | |

    This line is being submitted by the Plaintiff to note that despite its efforts to serve Defendant, Vincent Edwards, it has been unable to locate him. The process server has informed the Plaintiff that he has visited the last known address for Mr. Edwards but was told that he did not live there. Other searches based on name and/or telephone number have also been unsuccessful as we have been in communication with the U.S. Postal Service regarding the address.

Date: July 26, 2006                                          Respectfully submitted,

                                                                                 McCARTHY WILSON LLP

By:             /s/
     Thomas Patrick Ryan, Esq. #348862
     Ronald W. Cox, Jr., Esq. #451217
     100 South Washington Street
     Rockville, Maryland 20850
     (301) 762-7770 phone
     (301) 762-3023 fax
     *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 26th day of July, 2006, the Plaintiff served a copy of the foregoing Line by sending same via first class mail, postage pre-paid, to the following:

Andrew W. Cohen, Esq.<br>
2001 Pennsylvania Avenue, N.W.<br>
Suite 450<br>
Washington, D.C. 20006<br>
*Attorney for Defendant Hinkle*

    */s/* Ronald W. Cox, Jr.