UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
AUG 0 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ERIE INSURANCE EXCHANGE )
_____ )
            Plaintiff(s)  )
                          )
                          )
      v.                  )    Civil Action No. 06-573
                          )
                          )
HAL WALL, ET AL           )
_____ )
          Defendant(s)    )

CONSENT TO PROCEED BEFORE
A UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES

In accordance with the provisions of 28 U.S.C. § 636(c)(3), the parties to the above-captioned civil matter by and with the advice of their counsel hereby voluntarily waive their rights to proceed before a District Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial.

_____        7/31/06
Attorney for the Plaintiff(s)          Date

_____        8/1/06
Attorney for the Defendant(s)          Date

NOTICE:   The foregoing Consent by Counsel shall be accepted upon the understanding that all counsel have secured the consent of their respective clients to the Consent and Referral to a United States Magistrate Judge for all purposes.

ORDER OF REFERENCE

IT IS HEREBY ORDERED that the above-captioned matter be referred to a United States Magistrate Judge for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c)(3) and the foregoing consent of the parties.

_____        8/2/06
United States District Judge           Date

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE.

CO-942B
Rev 3/95

TOTAL P.02