# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Columbia

Case Number: 06-CV-573 ESH

Plaintiff:
**Erie Insurance Exchange**
vs.
Defendant:
**Hal Walls, et al.**

Received by ESQ Process Servers to be served on **HAL WALLS, 6529 Alforth Avenue, Alexandria, VA 22315**.

I, David E. Smith, being duly sworn, depose and say that on the **4th day of November, 2006** at **7:25 pm**, I:

**Individually Served** the within named person with a true copy of the **Subpoena in a Civil Case, Notice of Defendant's Oral Deposition, Certificate of Service, and Exhibit A** with the date and hour endorsed herein by me, pursuant to state statutes.

I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information and belief and do further affirm I am a competent person over 18 years of age and not party to the case.



David E. Smith
Process Server

Subscribed and Sworn to before me on the 6th day of November, 2006 by the affiant who is personally known to me.

NOTARY PUBLIC

My Commission Expires January 1, 2007

ESQ Process Servers
51 Monroe Street
Suite 708
Rockville, MD  20850
(301) 762-1350
Our Job Serial Number: 2006012617
Ref: ER1-06358

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5q

AO 88 (Rev. 1/94) Subpoena in a Civil Case

Issued by the
# United States District Court
### DISTRICT OF COLUMBIA

ERIE INSURANCE EXCHANGE

V.

HAL WALLS, et al.

SUBPOENA IN A CIVIL CASE

CASE NUMBER:1  06-CV-573 ESH

To: Hal Walls, 6529 Alforth Avenue, Alexandria, VA 22315

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION Koonz, McKenney, Johnson, DePaolis & Lightfoot, 2001 Pennsylvania Ave., Ste. 450, Washington, DC 20006 | DATE AND TIME 12/08/06 at 10:00 a.m. |
|---|---|

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) [signature] Attorney for Plaintiff | DATE 11/01/06 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS, AND PHONE NUMBER  Ronald W. Cox, Jr., Esquire, McCarthy Wilson L
100 S. Washington Street, Rockville, MD 20850   (301) 762-7770

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

1 If action is pending in district other than district of issuance, state district under case number.