IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ERIE INSURANCE EXCHANGE** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Civil Action No. |
| | : | 1:06CV00573 -- DAR |
| **HAL WALLS et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## CONSENT MOTION FOR EXTENSION OF TIME
## TO FILE DISPOSITIVE MOTION

Defendant Donald Hinkle, by and through his attorneys, Koonz, McKenney, Johnson, DePaolis & Lightfoot, L.L.P., and with the consent of Plaintiff Erie Insurance Company, respectfully moves this Court for a one-week extension of time to file its motion for summary judgment, and states:

1. The Court held a status conference in this declaratory-judgment matter on January 16, 2007. At that time, the Court set a schedule that had (1) discovery closing on February 9, 2007, (2) motions due on March 1, 2007, (3) responses due on March 30, 2007, and (4) replies due on April 13, 2007. The pretrial statement in this matter is due on July 11, 2007, and a bench trial is set for September 11, 1007.

2. Owing to the press of other matters, Mr. Hinkle requests a one-week extension of time, *nunc pro tunc*, until March 8, 2007, to file his motion for summary judgment. No other deadlines would be changed.

3. Counsel for Plaintiff, Ronald W. Cox, Jr., of McCarthy Wilson LLP, has consented to the relief sought.

WHEREFORE, Defendant Donald Hinkle, by and through undersigned counsel,

2

and with the consent of Plaintiff's counsel, respectfully moves this Court for an extension of time until March 8, 2007 to file his motion for summary judgment. A proposed order is attached.

                                         Respectfully submitted,

                                         KOONZ, McKENNEY, JOHNSON,
                                          DePAOLIS & LIGHTFOOT, L.L.P.

                                        By:  /s/ Roger C. Johnson
                                           Roger C. Johnson (D.C. Bar #940577)
                                           Andrew W. Cohen (D.C. Bar #441149)
                                           2001 Pennsylvania Avenue, N.W.
                                           Suite 450
                                           Washington, DC  20006
                                           Tel:  (202) 659-5500
                                           Attorneys for Defendant Donald Hinkle

Date:  March 1, 2007