IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ERIE INSURANCE EXCHANGE**    : | |
| : | |
| **Plaintiff,**    : | |
| : | |
| v.    : | Civil Action No. |
| : | 1:06CV00573 -- DAR |
| **HAL WALLS et al.,**    : | |
| : | |
| **Defendants.**    : | |

## ORDER

Upon consideration of the consent motion filed by Defendant Donald Hinkle for an extension of time to file dispositive motion, and the record in this case, it is hereby

ORDERED that the consent motion of Defendant Donald Hinkle is GRANTED, and it is further

ORDERED that, on or before March 8, 2007, Defendant Donald Hinkle shall file his motion for summary judgment and memorandum in support.

_____
Deborah A. Robinson
MAGISTRATE JUDGE