IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERIE INSURANCE EXCHANGE, : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Civil Action No. |
| : | 1:06CV00573 -- DAR |
| HAL WALLS et al., : | |
| : | |
| **Defendants.** : | |

# ORDER

Upon consideration of the motion of Defendant Donald K. Hinkle for partial summary judgment, the opposition and reply thereto, and the record in this case, it is hereby ORDERED that the motion is GRANTED, the Court finding that there is no genuine issue as to any material fact and Mr. Hinkle is entitled to a judgment as a matter of law that Mr. Hinkle was *not*, at all times relevant to the Complaint, an employee of Barbranda and Hal Walls, and that, because Mr. Hinkle was *not* an employee of Barbranda and Hall Walls, there *is* coverage under the Walls' insurance policy with Erie for any personal or bodily injuries suffered by Mr. Hinkle.

_____
Deborah A. Robinson
United States Magistrate Judge