IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| ERIE INSURANCE EXCHANGE | * | |
| Plaintiff | * | |
| v. | * | Case No.: 06-CV-573 DAR |
| HAL WALLS, et al. | * | |
| Defendants | * | |

## JOINT MOTION TO STAY PROCEEDINGS PENDING MEDIATION

**COME NOW**, the Plaintiff, Erie Insurance Exchange ("Erie"), and the Defendant, Donald Hinkle, by their undersigned counsel, and jointly move this Court to stay these proceedings for approximately sixty (60) days to permit the parties to undertake mediation of both this insurance coverage dispute and the related tort action contemplated by Defendant Hinkle. In support thereof, the parties state as follows:

1. This lawsuit involves insurance coverage issues stemming from injuries allegedly sustained by Defendant Donald Hinkle on or about August 29, 2005, while at property located in Washington, D.C., and owned by Defendant Barbranda Walls. Insurance coverage is sought for these alleged injuries under an insurance policy issued by Erie to Mrs. Walls.

2. Coverage under the applicable policy turns, in some respects, on whether Defendant Hinkle was an employee or independent contractor of Hal and/or Barbranda Walls at the time he sustained his alleged injuries. Erie filed this action for declaratory relief seeking a judicial determination of Mr. Hinkle's status.

3. The parties have exchanged written discovery, taken two depositions and Defendant Hinkle filed a motion for summary judgment on or about March 7, 2007.

4.      Since the inception of this case, the parties have worked professionally and cooperatively in proceeding with discovery, and meeting Court deadlines, and would now like to undertake mediation in an effort to try to resolve not only the instant declaratory action but also the tort action that Defendant Hinkle contemplates filing against Mr. Walls.

5.      The parties have tentatively scheduled the mediation for May 9, 2007. Since the scope of the mediation will encompass the contemplated tort action, the parties tentatively selected May 9 to afford Mr. Hinkle sufficient time to compile a complete set of his medical records and related bills, and Erie sufficient time to review those materials in advance of the mediation.

6.      The parties believe that it would serve the interests of judicial economy to stay this proceeding pending the scheduled mediation. The stay will also allow the parties to presently focus their time and money on trying to resolve these two related matters.

7.      Pursuant to the existing Scheduling Order, Erie's opposition to Hinkle's summary judgment motion is due on March 30, 2007, and Hinkle's reply is due on April 13, 2007. The Pre-Trial Conference is scheduled for July 26, 2007, and the Trial for September 11, 2007.

8.      The parties do not presently anticipate that a stay of these proceedings would impact the Pre-Trial Conference and Trial dates, unless the parties were to resolve the case. The parties would, however, like this Court to stay all dates and related proceedings with respect to the pending summary judgment motion while the parties pursue mediation.

9.      The parties intend to file a Status Report with the Court no later than Monday, May 21, 2007. At that time, if no resolution has been reached, the parties will propose dates by which to file the summary judgment opposition and reply, taking into account the existing Pre-Trial Conference and Trial dates.

**WHEREFORE**, the parties respectfully request that this Court:

A.   Stay any further proceedings in this case, including, but not limited to, the existing deadlines relating to the pending summary judgment motion while the parties pursue the scheduled mediation;

B.   Order the parties to file a Status Report following the mediation on or before May 21, 2007; and

C.   Grant such other and further relief as is just and reasonable.

Date: March __, 2007                                      Respectfully submitted,

                                                          McCARTHY WILSON LLP


                                                          _____/s/_____
                                                          Thomas Patrick Ryan, Esq. #348862
                                                          Ronald W. Cox, Jr., Esq. #451217
                                                          100 South Washington Street
                                                          Rockville, Maryland 20850
                                                          (301) 762-7770 phone
                                                          (301) 762-3023 fax
                                                          *Attorneys for Plaintiff*

                                                          KOONZ, McKENNEY, JOHNSON
                                                          DePAOLIS & LIGHTFOOT, LLP

                                                          _____/s/_____
                                                          Roger Johnson, Esq.
                                                          Andrew W. Cohen, Esq.
                                                          2001 Pennsylvania Avenue, N.W.
                                                          Suite 450
                                                          Washington, D.C. 20006
                                                          (202) 659-5500
                                                          *Attorney for Defendant Hinkle*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this ___th day of March, 2007, the Plaintiff served the Defendant Donald Hinkle with a copy of the Joint Motion to Stay Proceedings Pending Mediation by sending same electronically to the following:

Andrew W. Cohen, Esq.
2001 Pennsylvania Avenue, N.W.
Suite 450
Washington, D.C. 20006
*Attorney for Defendant Hinkle*

_____/s/_____
Ronald W. Cox, Jr.