IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| ERIE INSURANCE EXCHANGE | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | Case No.:  06-CV-573 DAR |
| | * | |
| HAL WALLS, et al. | * | |
| | * | |
| Defendants | * | |

## ORDER

UPON CONSIDERATION of the Joint Motion to Stay Proceedings Pending Arbitration, the lack of Opposition thereto, and the entire record herein, it is this ___ day of March, 2007 hereby:

ORDERED that the Motion be and the same is hereby GRANTED, and it is hereby further

ORDERED that all further proceedings in this case, including, but not limited to, the existing deadlines relating to the pending summary judgment motion, be and hereby are STAYED while the parties pursue the scheduled mediation; and it is hereby further

ORDERED that the parties shall file a Status Report with the Court on or before May 21, 2007, which shall include, to the extent the case has not been resolved, proposed dates for the filing of the opposition and reply to the pending motion for summary judgment.

_____
Magistrate Judge, Deborah A. Robinson

Copies to:

Thomas Patrick Ryan, Esq.#348862
Ronald W. Cox, Jr., Esq. #451217
100 South Washington Street
Rockville, Maryland 20850
*Attorneys for Plaintiff*

Andrew W. Cohen, Esq.
2001 Pennsylvania Avenue, N.W.
Suite 450
Washington, D.C. 20006
*Attorney for Defendant Hinkle*