IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| ERIE INSURANCE EXCHANGE | * | |
| Plaintiff | * | |
| v. | * | Case No.: 06-CV-573 DAR |
| HAL WALLS, et al. | * | |
| Defendants | * | |

**ORDER**

UPON CONSIDERATION of the Joint Status Report and Motion to Lift Stay, the lack of Opposition thereto, and the entire record herein, it is this ___ day of May, 2007 hereby:

ORDERED that the Motion be and the same is hereby GRANTED, and it is hereby further

ORDERED that the stay in this matter be and hereby is LIFTED; and it is further

ORDERED that the Plaintiff file its Opposition to the Defendant's pending motion for summary judgment on or before Wednesday, May 30, 2007, and that Defendant Hinkle file his Reply on or before Wednesday, June 13, 2007.

_____
Magistrate Judge, Deborah A. Robinson

Copies to:

Thomas Patrick Ryan, Esq.#348862
Ronald W. Cox, Jr., Esq. #451217
100 South Washington Street
Rockville, Maryland 20850
*Attorneys for Plaintiff*

Roger C. Johnson, Esq.
Andrew W. Cohen, Esq.
2001 Pennsylvania Avenue, N.W.
Suite 450
Washington, D.C. 20006
*Attorney for Defendant Hinkle*

Case 1:06-cv-00573-DAR    Document 26    Filed 05/14/2007    Page 3 of 3