IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| ERIE INSURANCE EXCHANGE | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | Case No.: 06-CV-573 DAR |
| | * | |
| HAL WALLS, et al. | * | |
| | * | |
| Defendants | * | |

## JOINT STATUS REPORT AND MOTION TO LIFT STAY

**COME NOW**, the Plaintiff, Erie Insurance Exchange ("Erie"), and the Defendant, Donald Hinkle, by their undersigned counsel, and jointly file this status report following the parties' mediation, and move this Court to lift the stay presently in effect. In support thereof, the parties state as follows:

1. This lawsuit involves insurance coverage issues stemming from injuries allegedly sustained by Defendant Donald Hinkle on or about August 29, 2005, while at property located in Washington, D.C., and owned by Defendant Barbranda Walls. Insurance coverage is sought for these alleged injuries under an insurance policy issued by Erie to Mrs. Walls.

2. Upon the parties' joint request, this matter was stayed to permit the parties an opportunity to mediate this dispute. The parties agreed to submit a status report to the Court on or before May 21, 2007 to apprise the Court of the results of the mediation. Although the parties participated in good faith in the mediation, the dispute was not resolved.

3. As a result, the parties request that the stay be lifted. At the time the stay was implemented, pending before this Court was Defendant Hinkle's motion for summary judgment.

4.  The parties propose that the Plaintiff be given until Wednesday, May 30, 2007 to file its Opposition to that motion, and that Defendant Hinkle be given until Wednesday, June 13, 2007 to file his Reply to that Opposition.

5.  Pursuant to the existing Scheduling Order, the Pre-Trial Conference is scheduled for July 26, 2007, and the Trial for September 11, 2007.  The parties are not seeking to change those dates.

**WHEREFORE**, the parties respectfully request that this Court:

A.  Lift the stay in this matter;

B.  Order that the Plaintiff file its Opposition to the Defendant's pending motion for summary judgment on or before Wednesday, May 30, 2007, and that Defendant Hinkle file his Reply on or before Wednesday, June 13, 2007; and

C.  Grant such other and further relief as is just and reasonable.

Date: May __, 2007                                    Respectfully submitted,

McCARTHY WILSON LLP

/s/
Thomas Patrick Ryan, Esq. #348862
Ronald W. Cox, Jr., Esq. #451217
100 South Washington Street
Rockville, Maryland 20850
(301) 762-7770 phone
(301) 762-3023 fax
*Attorneys for Plaintiff*

KOONZ, McKENNEY, JOHNSON
DePAOLIS & LIGHTFOOT, LLP

/s/
Roger Johnson, Esq.
Andrew W. Cohen, Esq.

                              2001 Pennsylvania Avenue, N.W.
                              Suite 450
                              Washington, D.C. 20006
                              (202) 659-5500
                              *Attorney for Defendant Hinkle*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this ___th day of May, 2007, the Plaintiff served the Defendant Donald Hinkle with a copy of the Joint Status Report and Motion to Lift Stay by sending same electronically to the following:

                              Andrew W. Cohen, Esq.
                          2001 Pennsylvania Avenue, N.W.
                                  Suite 450
                              Washington, D.C. 20006
                              *Attorney for Defendant Hinkle*

                                        _____/s/_____
                                        Ronald W. Cox, Jr.