**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
Civil Division

| | | |
|---|---|---|
| ERIE INSURANCE EXCHANGE | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | Case No.: 06-CV-573 DAR |
| | * | |
| HAL WALLS, et al. | * | |
| | * | |
| Defendants | * | |

**CONSENT MOTION FOR A TWO-DAY EXTENSION TO FILE**
**OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

**COMES NOW**, the Plaintiff, Erie Insurance Exchange ("Erie"), by its undersigned counsel, with the consent of Defendant Donald Hinkle, and moves this Court for a two-day extension to file its opposition to the Defendant's pending motion for summary judgment. In support thereof, the Plaintiff states as follows:

1.    This lawsuit involves insurance coverage issues stemming from injuries allegedly sustained by Defendant Donald Hinkle on or about August 29, 2005, while at property located in Washington, D.C., and owned by Defendant Barbranda Walls. Insurance coverage is sought for these alleged injuries under an insurance policy issued by Erie to Mrs. Walls.

2.    Pending before this Court is Defendant Hinkle's motion for summary judgment, Plaintiff's opposition to which is due today, May 30, 2007.

3.    The parties are attempting to work out the language of a Rule 41 dismissal of this action. Although good-faith efforts were made to finalize those discussions and file the stipulation of dismissal today, final language has not yet been agreed upon.

4.    The parties anticipate knowing within the next two days whether a stipulation of dismissal will be filed.  If not, Plaintiff will file its opposition to the motion for summary judgment on or before Friday, June 1, 2007.

5.    Defendant Hinkle consents to Plaintiff's request for a two-day extension to file its opposition to the summary judgment motion.

6.    Granting this motion will not impact any other deadlines established by this Court or prejudice any party.

**WHEREFORE**, the Plaintiff respectfully request that this Court:

A.    Grant it a two-day extension until June 1, 2007 to file its opposition to Defendant Hinkle's motion for summary judgment; and

B.    Grant such other and further relief as is just and reasonable.


Date: May 30, 2007                              Respectfully submitted,

                                                McCARTHY WILSON LLP


                                                _____/s/_____
                                                Thomas Patrick Ryan, Esq. #348862
                                                Ronald W. Cox, Jr., Esq. #451217
                                                100 South Washington Street
                                                Rockville, Maryland 20850
                                                (301) 762-7770 phone
                                                (301) 762-3023 fax
                                                *Attorneys for Plaintiff*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 30th day of May, 2007, the Plaintiff served the Defendant Donald Hinkle with a copy of the Consent Motion for a Two-Day Extension to File Opposition to Motion for Summary Judgment by sending same electronically to the following:

Roger C. Johnson, Esq.
Andrew W. Cohen, Esq.
2001 Pennsylvania Avenue, N.W.
Suite 450
Washington, D.C. 20006
*Attorney for Defendant Hinkle*


_____/s/_____
Ronald W. Cox, Jr.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
Civil Division

| | | |
|---|---|---|
| ERIE INSURANCE EXCHANGE | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | Case No.:  06-CV-573 DAR |
| | * | |
| HAL WALLS, et al. | * | |
| | * | |
| Defendants | * | |

## <u>ORDER</u>

UPON CONSIDERATION of the Consent Motion for a Two-Day Extension to File Opposition to Motion for Summary Judgment, the lack of Opposition thereto, and the entire record herein, it is this ___ day of May, 2007 hereby:

ORDERED that the Motion be and the same is hereby GRANTED, and it is hereby further

ORDERED that Plaintiff be and hereby is GRANTED a two-day extension to file its opposition to Defendant Hinkle's motion for summary judgment, which shall be filed on or before Friday, June 1, 2007.

_____
Magistrate Judge, Deborah A. Robinson

Copies to:

Thomas Patrick Ryan, Esq.#348862
Ronald W. Cox, Jr., Esq. #451217
100 South Washington Street
Rockville, Maryland 20850
*Attorneys for Plaintiff*

Roger C. Johnson, Esq.
Andrew W. Cohen, Esq.
2001 Pennsylvania Avenue, N.W.
Suite 450
Washington, D.C. 20006
*Attorney for Defendant Hinkle*