IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| ERIE INSURANCE EXCHANGE | * | |
| | * | |
|     Plaintiff | * | |
| | * | |
| v. | * | Case No.: 06-CV-573 DAR |
| | * | |
| HAL WALLS, et al. | * | |
| | * | |
|     Defendants | * | |

**STIPULATION OF DISMISSAL**

COME NOW, the parties, by their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41 (a)(1)(ii), and stipulate to the dismissal of this action with prejudice as to all defendants. Plaintiff agrees that it will not, in any subsequent action in another court, raise any claims or defenses as to insurance coverage under the policy at issue that it raised or could have raised in this action against any of the defendants.

Respectfully submitted,

_____/s/_____
Thomas Patrick Ryan, Esq.
Ronald W. Cox, Jr., Esq.
McCarthy Wilson, LLP
100 S. Washington Street
Rockville, MD 20850
*Counsel for Erie Insurance Exchange*

_____/s/_____
Roger C. Johnson, Esq.
Andrew W. Cohen, Esq.
2001 Pennsylvania Ave, N.W.
Suite 450
Washington, D.C. 20006
*Counsel for Defendant Hinkle*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of June, 2007, the Plaintiff served the Defendant Donald Hinkle with a copy of the foregoing Stipulation of Dismissal by sending same electronically to the following:

Roger C. Johnson, Esq.
Andrew W. Cohen, Esq.
2001 Pennsylvania Avenue, N.W.
Suite 450
Washington, D.C. 20006
*Counsel for Defendant Hinkle*

_____/s/_____
Ronald W. Cox, Jr.